ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB - 6 2004
U.S. COURT OF FEDERAL CLAIMS

Gemini Electronics, Inc.

Plaintiff,

-v-

United States,

Defendant.

No. 04-166C
Honorable Judge Marian B. Horn

## NOTICE OF FILING

To: Elizabeth Candler
Commercial Litigation
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

**PLEASE TAKE NOTICE** that on the 2nd day of February, 2004, the undersigned caused to be filed with in the United States Federal Court of Claims the attached **Complaint for Breach of Contract** and **Certificate of Service**, copies of which are hereby served upon you.

Lewis Myers, Jr.

Lewis Myers, Jr., #52182
Attorney for Plaintiff
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile