ORIGINAL

FILED
FEB - 6 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Gemini Electronics, Inc. )
)
Plaintiff, )
)
-v- ) No. 04- 166C
) Honorable Judge Marian B. Horn
United States, )
)
Defendant. )

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 2nd day of February, 2004, I caused to be placed in the U.S. mail, postage pre-paid, copies of the **Notice of Filing, Complaint for Breach of Contract** and **Certificate of Service** to the below addressee as follows:

Elizabeth Candler
Commercial Litigation
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Lewis Myers, Jr.

Lewis Myers, Jr., #52182
Attorney for Plaintiff
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004