ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 10 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * *

**GEMINI ELECTRONICS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-166C**
**Filed: February 10, 2004**

## ORDER

The court is in receipt of the plaintiff's complaint for breach of contract in the above captioned case, filed February 6, 2004. The court notes that the plaintiff's earlier complaint in case no. 03-38C was dismissed, without prejudice, on October 8, 2003. Judgment was entered in that case on October 16, 2003. In light of the prior history of this case, the court, hereby, **SCHEDULES** an early status conference, for **Monday, February 23, 2004, at 11:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Defendant's counsel will appear in person. The courtroom number will be posted on the day of the hearing. Plaintiff's counsel may appear by telephone. Unless otherwise notified, plaintiff's counsel will be reached at (312) 236-8004. The parties will be prepared to discuss all aspects of the case, and to propose a schedule for resolution of the case.

**IT IS SO ORDERED.**

**MARIAN BLANK HORN**
**Judge**