# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **GEMINI ELECTRONICS, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 04-166C** |
| | * **Filed: March 1, 2004** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court held a status conference in the above captioned case on February 26, 2004, with the parties appearing in person. The court determined that the case will be bifurcated, with liability issues to be addressed first. With the agreement of the parties, the following **SCHEDULE** is established:

On or before **Wednesday, March 3, 2004**, plaintiff will file missing Exhibits A and B to the complaint, and also the contracting officer's final decision. Since these documents are part of the complaint, they may be filed in the proper number of copies, in hard copy form, rather than electronically, with copies to arrive on the same date to the defendant. However, future filings in this case must be made electronically.

On or before **Wednesday, March 3, 2004**, defendant will serve any interrogatories and requests for document production on plaintiff. Plaintiff will respond to this discovery request on or before **Monday, March 15, 2004**. Also, on or before **Monday, March 15, 2004**, defendant will file its answer to the complaint. The parties have indicated that the deposition of Rufus Porter should be the first deposition. That deposition shall be completed on or before **Wednesday, March 31, 2004**. Discovery on the liability issues will close on or before **Tuesday, June 15, 2004**. The parties will consult, and file joint status reports on or before **Monday, April 5, 2004** and also on or before **Tuesday, June 15, 2004**. The parties will not file any dispositive motions prior to discussion of the proposed motions with the court at a status conference. The court will schedule a status conference to set a schedule for further proceedings in the case after receipt of the **Tuesday, June 15, 2004** joint status report. Given the February 26, 2004 status conference and the above schedule of filings, the joint preliminary status report required by RCFC Appendix A shall not be filed. If a trial on liability is required, it will be held during either the week of August 2 or 9, 2004.

The court anticipates that counsel for both parties will work with each other to expedite discovery and to propose to the court a schedule for future proceedings, and to engage in settlement negotiations, if appropriate.

Because plaintiff's counsel indicated at the February 26, 2004 hearing that he was not registered in the court's electronic system yet, the clerk's office is directed **SEND** a paper version of this order by regular mail to both parties. All future filings by the court and the parties shall be accomplished electronically.

**IT IS SO ORDERED.**

**S/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**