**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS, AND MOTION FOR EXPEDITED CONSIDERATION**

Defendant, the Untied States, respectfully requests the Court, pursuant to Rule 37 of the Rules of the United States Court of Federal Claims ("RCFC"), to order plaintiff, Gemini Electronics, Inc. ("Gemini"), to respond to the Government's pending interrogatories and document requests, and to produce responses to the interrogatories and responsive documents, within three days of the Court's order. In view of the fact that plaintiff's discovery responses are now 15 days past due from the Court's ordered due date of March 15, 2004, we respectfully request that the time for Gemini's response to this motion be shortened from 14 to seven days.

Undersigned counsel of record for the Government has attempted to contact plaintiff's counsel regarding plaintiff's overdue discovery responses by letter sent via facsimile on March 17, 2004, and orally on March 22, and March 26, 2004.[1]

---

[1] Counsel for plaintiff did not respond to the Government's telephone calls or the letter seeking information as to when plaintiff anticipated providing its discovery responses. The only response undersigned counsel received was a voicemail message left by an individual named Rita from plaintiff's counsel's office on March 26, 2004. She indicated that she had spoken with the client, Mr. Wilson, and that he was working on the discovery responses. However, she was unable to indicate when the responses would be produced. On March 30, 2004, counsel for plaintiff left a message for undersigned counsel indicating that he should have plaintiffs discovery responses completed by March 31, 2004.