**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, through counsel, and pursuant to the Court's order of March 1, 2004, respectfully file this joint status report. Pursuant to the discussions held at the preliminary status conference on February 26, 2004, and in accordance with the deadlines set forth in the Court's order of March 1, 2004, the following deadlines have been met by the parties, thus far:

| | |
|---|---|
| March 3, 2004 | plaintiff provided a hard copy of exhibits A and B to the complaint |
| March 3, 2004 | defendant served plaintiff with interrogatories and request for production of documents via Federal Express |
| March 12, 2004 | defendant produced copies of all relevant agency documents to plaintiff via Federal Express |
| March 15, 2004 | defendant filed its answer to the complaint |

To date, plaintiff has not produced its discovery responses and documents to defendant. Those responses and documents were due on March 15, 2004. See defendant's motion to compel, filed March 31, 2004. Counsel for plaintiff has reviewed draft discovery responses prepared by plaintiff and does not believe they are as responsive as they should be. Accordingly, counsel for plaintiff plans on meeting with his client on Monday, April 5, 2004, to review and re-draft the discovery responses. Plaintiff hopes to have a final draft of its discovery responses

produced to defendant by Wednesday, April 7, 2004.

The deposition of Rufus Porter, originally scheduled to be completed by March 31, 2004, was tentatively rescheduled, with the Court's permission, to take place on April 8, 2004 in Chicago, Illinois. However, Mr. Porter has now retained counsel who wishes to attend the deposition and is unavailable on April 8, 2004. In addition, due to plaintiff's delay in providing its discovery responses and documents to defendant, Mr. Porter's deposition will need to be rescheduled for some time after April 8, 2004.

Notwithstanding the above discovery problems, the parties anticipate completing all discovery by the current deadline of June 15, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lewis Myers, Jr.
LEWIS MYERS, JR.
25 E. Washington Street, Suite 1225
Chicago, Illinois 60602
Tele: (312) 236-8004
Fax: (312) 236-8804

Attorney for Plaintiff

Dated: April 5, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
Trial Attorney
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

Attorneys for Defendant

Dated: April 5, 2004