# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

The Plaintiff, through counsel, and pursuant to the Court's order of April 6, 2004, respectfully file this status report. In accordance with the deadlines set forth in the Court's order April 6, 2004, the following deadlines have been met by the Plaintiff's counsel, thus far:

| | |
|---|---|
| April 8, 2004 | plaintiff provided, via electronic mail, a copy of the answers to interrogatories to counsel for defendant. |
| April 8, 2004 | plaintiff counsel completed the test requirement for electronic court filing and has duly receive his log-in name and password. production of documents via Federal Express |
| April 9, 2004 | plaintiff produced copies of the answers to interrogatories to defendant counsel via overnight mail. |
| April 9, 2004 | plaintiff counsel faxed to the Honorable Judge Marian Blank Horn a copy of the Status Report and test. |

Respectfully submitted,

Lewis Myers, Jr.
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004