# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GEMINI ELECTRONICS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-166C**
**Filed: April 22, 2004**

## O R D E R

The court believes a status conference is necessary in the above-captioned case to discuss the schedule for trial in this case. Therefore, the court **ORDERS** the parties to appear at a status conference on **Tuesday, May 4, 2004, at 4:00 p.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (312) 236-8004. Unless otherwise notified, defendant's counsel will be contacted at (202) 305-7562.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**