# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **GEMINI ELECTRONICS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-166C** |
| | **Filed: May 5, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Pursuant to the court's April 22, 2004 order, a status conference was held in the above-captioned case on May 4, 2004 to discuss the schedule for trial. To accommodate defendant's counsel, the trial will be held starting on **August 16, 2004** until completed during that week in Chicago, Illinois at the Everett McKinley Dirksen Building, 219 South Dearborn Street in courtroom 2270.

In addition, at the conference, defendant's counsel represented that a dispositive motion may be appropriate in this case based on the alleged limitations placed on the contracting officer's authority. In order for the court to determine whether a dispositive motion is appropriate in this case, as the defendant asserted, the court **ORDERS** the defendant to file written documentary evidence, if any, that specifically outlines the contracting officer's contracting authority and any limitations thereof on or before **Monday, May 17, 2004**. If no such evidence exists, the defendant shall file a statement so indicating.

Upon receipt of the defendant's written documentary evidence, if any, the court will schedule a status conference to discuss the possibility of resolving the above-captioned case via a dispositive motion and to establish a briefing schedule.

As outlined in the court's previous order, discovery with regard to liability will close on or before **Tuesday, June 15, 2004**. The parties will consult, and shall file a joint status report on or before **Tuesday, June 15, 2004**. The parties will not file any dispositive motions prior to discussion of the proposed motions with the court.

**IT IS SO ORDERED.**

S/Marian Blank Horn

**MARIAN BLANK HORN**
**Judge**