**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order of May 5, 2004, defendant, the United States, files this status report to inform the Court about the contracting authority of Rufus Porter, former Postmaster and District Manager, U.S. Postal Service, Chicago District. Mr. Porter, on behalf of the United States Postal Service ("Postal Service") executed the public telecommunications service agreement ("agreement") between plaintiff and the Postal Service in October 1999.

After investigating the Court's question of whether there is any written documentary evidence of Mr. Porter's authority to contract on behalf of the Postal Service, undersigned counsel of record for the Government has not been made aware of a warrant or any written delegation of contracting authority as it applies to Rufus Porter personally or in his former position as Postmaster and Chicago District Manager.

Mr. Porter testified under oath in his deposition on April 23, 2004 that the Postal Service provided him with the authority to enter into the agreement with Gemini and that his authority was limited to the district in which he served as Postmaster and District Manager – Chicago. Mr. Porter further testified that the agreement he executed with Gemini was likewise limited to Gemini's placement of telephones in the Postal Service's Chicago District, as indicated in the list

of telephone numbers produced as "Exhibit A" to the agreement.[1] Mr. Porter has also recently advised his attorney, Arthur Sutton, that he was provided with oral authority to enter the agreement with Gemini by J.T. Weeker (now deceased), former Vice President of the Postal Service's Great Lakes Area.[2]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

May 17, 2004

[1] At his deposition, Mr. Porter identified "Exhibit A" to the agreement as a document different from the document provided by Gemini as "Exhibit A." However, the telephone numbers in both documents include only telephone numbers within the Postal Service's Chicago District.

[2] At all relevant times, the Great Lakes Area of the Postal Service covered the states of Illinois, Michigan, Indiana and Wisconsin, including all of the districts within each of those states.