# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**GEMINI ELECTRONICS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-166C**
**Filed: May 24, 2004**

## O R D E R

Pursuant to the court's May 5, 2004 order, the court ordered the defendant to file written documentary evidence, if any, that specifically outlines the contracting officer's contracting authority and any limitations thereof on or before Monday, May 17, 2004. If no such evidence exists, the defendant was to file a statement so indicating. In its order, the court stated that it would schedule a status conference upon receipt of defendant's written evidence to discuss the possibility of resolving the above-captioned case via a dispositive motion and to establish a briefing schedule.

Based on the defendant's status report, the court believes that a status conference is necessary to discuss whether a dispositive motion is appropriate in this case or not. If a dispositive motion is not appropriate, the court will establish a schedule for pre-trial filings. The court **ORDERS** the parties to appear at a status conference on **Tuesday, June 8, 2004, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Plaintiff's counsel may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (312) 236-8004. Defendant's counsel shall appear in person. The courtroom number will be posted on the day of the hearing. The parties should be prepared to discuss how this case should proceed, and whether a dispositive motion is appropriate.

No dispositive motions shall be filed pending discussions at the status conference as to the appropriate course this case should take. In the event a dispositive motion is not filed, trial in this case is currently scheduled for the week of **August 16, 2004** in Chicago, Illinois at the Everett McKinley Dirksen Building, 219 South Dearborn Street in courtroom 2270.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**