**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, through counsel, and pursuant to the Court's order of May 5, 2004, respectfully file this joint status report.

As indicated at the status conference on June 8, 2004, the parties have participated in and completed both written and oral discovery and are now preparing for trial which is scheduled to begin on August 16, 2004 in Chicago, Illinois. Although discovery is scheduled to close on this date, June 15, 2004, both parties agree that any additional relevant documents, as previously requested, will continue to be provided in accordance with the Court's rules.[1]

Pursuant to the deadlines set forth at the status conference on June 8, 2004, the parties will file their respective witness lists on June 16, 2004 and will informally exchange exhibit lists on June 18, 2004. A joint exhibit list will be filed on July 2, 2004, to be followed by the pretrial conference on July 6, 2004.

[1] For example, defendant has recently issued additional requests for the production of documents to plaintiff relating to documents which previously had not been provided to defendant in accordance with defendant's discovery requests. The Government first became aware of these documents at the deposition of plaintiff's president, Willie Wilson, on May 25, 2004. Although plaintiff's counsel agreed to provide copies of these and other documents mentioned during Mr. Wilson's deposition, to date, the Government has not received copies of these documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lewis Myers, Jr.
LEWIS MYERS, JR.
25 E. Washington Street, Suite 1225
Chicago, Illinois 60602
Tele: (312) 236-8004
Fax: (312) 236-8804

Attorney for Plaintiff

Dated: June 15, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

Attorneys for Defendant

Dated: June 15, 2004