**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S LIST OF EXPECTED TRIAL WITNESSES**

Pursuant to Appendix A of the Rules of the Court of Federal Claims ("RCFC") and the Court's order at the status conference of June 8, 2004, defendant, the United States, identifies the following witnesses that the United States expects to call at trial in its case in chief. Defendant reserves the right to supplement this list, to omit witnesses at trial should their testimony become unnecessary, to call additional impeachment witnesses, and to call any witness listed by plaintiff or necessary to lay the foundation for the admissibility of trial exhibits. For the convenience of the witnesses and the Court, if any of the following witnesses are called by plaintiff, defendant respectfully requests the opportunity to conduct direct examination of the witness(es) immediately following plaintiff's examination. Defendant expects to call:

1. **Rufus Porter**[1] (Direct examination: 2 hours)
Former Postmaster and District Manager, Chicago District
U.S. Postal Service
459 Goodwin Drive
Bowling Brook, IL
Tel: (773) 821-8378 – c/o his attorney, Arthur Sutton

[1] Mr. Porter has testified previously by deposition in this case. If Mr. Porter becomes unavailable to testify at trial, we respectfully reserve the right to move for the admission of relevant portions of his prior testimony at that time.

At the time the parties entered into the public telecommunications service agreement ("agreement") in October 1999, Mr. Porter was the Postmaster and District Manager over the Postal Service's Chicago District. Mr. Porter signed the written agreement on behalf of the Postal Service. Mr. Porter is expected to testify regarding the limits of his authority to enter into the agreement on behalf of his former district of the Postal Service, Chicago. Mr. Porter is also expected to testify regarding the scope of the "premises" as set forth in paragraph six of the agreement and will identify the document referred to as "Exhibit A" in paragraph six of the agreement.

2. **<u>Phyllis Flynn</u>** (Direct examination: 1 hour)
Telecommunications Specialist, Chicago District
U.S. Postal Service
433 W. Harrison Street
Chicago, IL 60607-9501
Tel: (312) 983-8092

Ms. Flynn served as a telecommunications specialist in the Postal Service's Chicago District at the time the agreement was executed. Ms. Flynn is expected to testify regarding the process by which the Postal Service contracts for public telephone service. She is also expected to testify to her involvement in negotiations leading up to the written agreement between the parties in this case as well as the terms of the written agreement. In addition, Ms. Flynn is expected to testify regarding her involvement in the transfer of phone service from another contractor, Ameritech, to Gemini.

3. **<u>Maria R. Infanger (Furman)</u>** (Direct examination: 45 minutes)
Attorney, Great Lakes Law Office
U.S. Postal Service
222 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-6105
Tel: (312) 669-5900

Ms. Infanger is an attorney with the Postal Service's Great Lakes Law Office. She is expected to testify to matters relating to her involvement in negotiations between Gemini and the Postal Service and concerning the terms of the written agreement. Ms. Infanger is also expected to testify to the discussions she had with Gemini regarding the terms of the written agreement.

4. **<u>Gerald Kubick</u>** (Direct examination: 30 minutes)
Plant Manager, O'Hare Airport Mail Center
U.S. Postal Service
11600 Irving Park Road
Chicago, IL 60666-9991
Tel: (773) 894-1401

Mr. Kubick is the Plant Manager at the Postal Service's O'Hare Airport Mail Center ("AMC"). He is expected to testify regarding the relationship between the O'Hare AMC and the Chicago District in October 1999 when the agreement between the parties was executed. Mr. Kubick is also expected to testify about his discussions with the Postal Service's Chicago District Manager, Rufus Porter, concerning the installation of Gemini's pay phones at the O'Hare AMC as well as his dealings with representatives of Gemini.

5. **<u>James M. Holmes</u>** (Direct Examination: 30 min.)
District Manager, Central Illinois District
U.S. Postal Service
6801 W. 73rd Street
Bedford Park, IL 60499-9998
Tel: (708) 563-7800

Mr. Holmes is the District Manager of the Central Illinois District, one of the districts in which Gemini alleges it was entitled to place its pay telephones pursuant to the October 1999 agreement. Mr. Holmes is expected to testify regarding the authority of district managers within the Postal Service. He is also expected to testify about discussions he had, both with the Postal Service officials, and representatives of Gemini, concerning the installation of Gemini's pay phones in certain facilities within the Central Illinois District.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
U.S. Postal Service
475 L'Enfant Plaza, S.W.
Room 6323
Washington, D.C. 202050-1127

Dated: June 16, 2004

Attorneys for Defendant