**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | Honorable Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES**

PLAINTIFF, Gemini Electronics, by and through counsel, Lewis Myers, Jr., provides the following initial disclosures pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims.

(A) Individuals likely to have discoverable information that Plaintiff may use to support it's complaint:

1. Nikki M. Zollar
President
Triad Consulting Services, Inc.
10 S. Riverside Plaza
Suite 810
Chicago, IL 60606
(312) 863-2500 x101

Counsel during the initial contract negotiations with the United States Postal Service.

2. Bill Goldsmith
Gemini Electronics
4801 Southwick Drive
Matteson, IL
(708) 283-8100

Consultant/employee of Gemini at the time of the execution of the contract, was assigned to work with Postal Service during the execution of the contract.

3. William W. Krueger
Gemini Electronics
4801 Southwick Drive
Matteson, IL
(708) 283-8100

Gemini employee at the time of the execution of the contract; has information concerning negotiation of the contract with United States Postal Service.

4. Akinyinka Akinyele
District Manager
Chicago District
United States Postal Service
433 W. Harrison Street
Room 8023
Chicago, IL 60617-9998

Conducted the investigation of the claim filed subsequent to correspondence.

5. Alexis V. Knighton
Manager
Labor Relations
United States Postal Service
433 W. Harrison Street
Chicago, IL 60617-9998

See No. 4

6. Jon Michelle Richardson
100 Forest Place
Unit P5
Oak Park, IL 60301

7. Danny Jackson
Vice President of Area Operations
USPS-Great Lakes Area
244 Knollwood Drive, 4th Floor
Bloomingdale, IL 60117

Had conversations with Willie Wilson concerning Gemini contract covering area greater than the Chicago District.

B. Documents that Plaintiff may use to support its complaint:

1. Plaintiff has previously provided Gemini with the Postal Service's existing documents relating to the agreement between the Postal Service and Gemini, with the exception of any privileged material.

2. Plaintiff reserves the right to supplement these disclosures as appropriate.

C. Computation of damages.

Not applicable at this time.

______________________________
Attorney for Plaintiff

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile