**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | Honorable Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S LIST OF EXPECTED TRIAL WITNESSES**

Pursuant to Appendix A of the Rules of the Court of Federal Claims ("RCFC") and the Court's order at the status conference of June 8, 2004, Plaintiff Gemini Electronics identifies the following witnesses that counsel expects to call at trial in its case in chief. Plaintiff reserves the right to supplement this list, to omit witnesses at trial should their testimony become unnecessary, to call additional impeachment witnesses and to call any witness listed by Defendant United States Postal Service ("USPS") or necessary to lay the foundation for the admissibility of trial exhibits. For the convenience of the witnesses and the Court, if any of the following witnesses are called by Defendant, Plaintiff respectfully requests the opportunity to conduct direct examination of the witness(es) immediately following the Defendant's examination. Plaintiff expects to call:

1. George R. Lucas

   USPS Employee. May have relevant testimony concerning Plaintiff's claim that he contracted with USPS to cover areas other than the Chicago District.

2. Susan Angelo

   USPS Employee. May have relevant testimony concerning Plaintiff's claim that he contracted with USPS to cover areas other than the Chicago District.

3. George S. Kikuchi

USPS Employee. May have relevant testimony concerning Plaintiff s' claim that he contracted with USPS to cover areas other than the Chicago District.

4. Leonard Eickhoff.
Manager, Finance
US Postal Service
Northern Illinois District
500 E. Fullerton Avenue
Carol Stream, IL 60199-9995

5. Nikki M. Zollar
President
Triad Consulting Services, Inc.
10 S. Riverside Plaza
Suite 810
Chicago, IL 60606

Counsel during the initial contract negotiations with the United States Postal Service.

6. Bill Goldsmith
Gemini Electronics
4801 Southwick Drive
Matteson, IL

Consultant/employee of Gemini at the time of the execution of the contract, was assigned to work with Postal Service during the execution of the contract.

7. William W. Krueger
Gemini Electronics
4801 Southwick Drive
Matteson, IL

Gemini employee at the time of the execution of the contract; has information concerning negotiation of the contract with United States Postal Service.

8. Akinyinka Akinyele
District Manager
Chicago District
United States Postal Service
433 W. Harrison Street
Room 8023
Chicago, IL 60617-9998

Conducted the investigation of the claim filed subsequent to correspondence.

9. Alexis V. Knighton
Manager
Labor Relations
United States Postal Service
433 W. Harrison Street
Chicago, IL 60617-9998

Conducted the investigation of the claim filed subsequent to correspondence.

10. Jon Michelle Richardson
100 Forest Place
Unit P5
Oak Park, IL 60301

11. Danny Jackson
Vice President of Area Operations
USPS-Great Lakes Area
244 Knollwood Drive, 4th Floor
Bloomingdale, IL 60117

Had conversations with Willie Wilson concerning Gemini contract covering area greater than the Chicago District.

12. Dr. Glenda Glover
Jackson State University
1400 Lynch Street
Jackson, MS 39217

Possible testimony detailing Plaintiff s' loss and damages.

_

Attorney for Plaintiff

Lewis Myers, Jr., #52182

Attorney at Law

25 E. Washington Street

Suite 1225

Chicago, IL 60602

(312) 236-8004 Telephone

(312) 236-8804 Facsimile