and conclusion.

33. As of this filing, it appears that the failure to be present for the status conference call in June and the filing of the exhibit list out of compliance with this Court's rule serves The uncooperativeness claim simply belies the facts.

34. As to the status conference call, counsel erred. However, hopefully this court will view this matter in the context that counsel had been present and available for every status conference set by the court prior to June, 2004.

35. Admittedly the electronic filing process is a learning process. It is a first for my office. It is needed and does add to the efficiency of the court system. The failure to comply with the rules regarding the exhibit list was not intentional. I am certain that there is no suggestion of intentionality. The problem has been effectively corrected and the document resubmitted per the order of this court.

WHEREFORE, the plaintiff requests that this court enter an order dismissing this Rule to Show Cause and that the court does not issue sanctions or an Rule 41 Dismissal in this action. plaintiff's counsel by dismissing the case.

Attorney for Plaintiff

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile