# IN THE UNITED STATES FEDERAL COURT OF CLAIMS

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | No. 04-166C |
| | ) | Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF RITA HOWARD

I, Rita Howard, duly deposed and sworn, states as follows:

1. I am the administrative secretary as well as a paralegal in the law office of Lewis Myers, Jr. and am familiar with this cause.

2. Since the beginning of Gemini Electronics v United States Postal Service as a file in our office, I have assisted Attorney Myers in this matter.

3. I had been the primary contact for Ms. Elizabeth Candler during the previous filing of the complaint and am now the primary contact for opposing counsel, Carolyn Craig since the re-filing of this complaint. I have spoken with Ms. Craig on numerous occasions since Ms. Craig contacted our office as counsel in this matter. At all times during these occasions our contact has been cordial and at no time during these occasions have I nor Attorney Myers been non-compliant.

4. Ms. Craig and I have worked together on the following projects over the past months:

    a. April 5, 2004 Joint Status Report
    b. Scheduling Rufus Porter deposition
    c. May 3, 2004 Joint Preliminary Status Report
    d. May 17, 2004 Status Report
    e. Scheduling deposition of Willie Wilson
    f. June 15, 2004 Joint Status Report
    g. Draft Exhibits List (faxed to Carolyn Craig)
    h. Final Exhibits List (sent overnight via Federal Express)
    i. Discussion of request for extension of time from July 2, 2004

5. On or about June 21, 2004, I was in contact with Ms. Carolyn J. Craig regarding the filing of the exhibits to be used in the trial of the above matter. Ms. Craig informed me that we could fax to her our initial list of exhibits and that we should send the actual documents to her by June 28, 2004 and her office would take care of the process of filing the exhibits electronically. Our initial exhibits list was faxed to her on or about June 21, 2004.

6. On or about June 23, 2004, Carolyn Craig sent to our office via Federal Express a letter and the exhibits she intends to use at the trial of this matter scheduled for August 16, 2004. An order was entered by Judge Marian Horn on June 25, 2004. Plaintiff Counsel was out of town from June 26, 2004 through June 30, 2004 on another litigation matter.

7. On June 28, 2004, Carolyn Craig contacted our office and asked to speak with Attorney Myers. I informed Ms. Craig that Attorney Myers was currently out of town on another litigation matter, and that he was unreachable at that

moment. Ms. Craig then explained to me that, although it was never mentioned in the June 6, 2004 Status Conference, that Judge Marian Horn had issued an order on June 25, 2004 requiring that both counsels file a Joint Statement of Facts and Joint Submission of Issues by July 2, 2004, along with the finalization of the Joint Exhibits. Ms. Craig informed me that she believed an extension of time would be required, as it was too short notice to have the documents prepared by July 2, 2004. She wanted to discuss the matter to find out if Attorney Myers would agree. I informed Ms. Craig that Attorney Myers was out of town and would be until Wednesday, June 30, 2004, but that as soon as he telephoned the office, I would relay the message to him. Ms. Craig informed me that she would seek the extension and inform the Clerk that Attorney Myers was out of town and unavailable at the time of her call. I repeated to Ms. Craig that I would give Attorney Myers the information regarding the extension, and that I was certain that Attorney Myers would have no problem with the request; and that she should go ahead and request the extension. Following this conversation, Plaintiff's exhibits was sent to Carolyn Craig via Federal Express.

8. On July 1, 2004 I received a call from Tracy Vargees, Clerk for Marian Horn, inquiring about Attorney Myers. I informed her that Attorney Myers was not in the office yet, but would be in during the afternoon. Ms. Vargees in turn

informed me that she had left a message for Attorney Myers on June 29, 2004 to call Judge Horn's chambers and that he did not return the call. I informed Ms. Vargees that Attorney Myers had just returned from Washington, DC on the evening of June 30, 2004 and would be in the office on the afternoon of July 1, 2004. Ms. Vargees then informed me of an Order entered on June 30, 2004 and requested that Attorney Myers contact her immediately. However, upon reviewing the telephone calls to the office, no such message was received from Tracy Vargees.

9. Attorney Myers was informed of the matter and contacted Ms. Vargees shortly thereafter.

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted,

Rita Howard

Rita Howard

Signed and sworn to before me
this 5th day of July, 2004

OFFICIAL SEAL
SAB... KING
Notary Pu... - State of Illinois
My Comm... Mar 28, 2006

Notary Public