LEWIS MYERS, JR.
ATTORNEY AT LAW
25 E. WASHINGTON STREET
SUITE 1225
CHICAGO, ILLINOIS 60602-1801
lmyersatt@aol.com

TELEPHONE: (312) 236-8004 FAX: (312) 236-8804

May 21, 2004

Via Electronic Mail
Carolyn J. Craig
Trial Attorney
US Department of Justice
1100 L Street, NW
Room 1025
Washington, DC 20005

RE: Gemini v USPS
Case No. 04-166C

Dear Ms. Craig:

Pursuant to our conversation yesterday, May 20, 2004 concerning the outstanding discovery in the above case, I am also attempting to locate Danny Jackson. In our most recent conversation, you informed me that USPS did not know where Mr. Jackson currently resides. In talking to Mr. Wilson, he informed me that he did recall meeting with Mr. Jackson on one occasion in Carol Stream, Illinois. However, I do not have any information that Mr. Jackson actually lived in the Carol Stream area. I will continue my search for him. Accordingly, pursuant to the Federal Rules of Discovery, I would like for you to continue to make a diligent effort to locate him.

Moreover, it is my understanding that Mr. Jackson is a retired employee of the Postal Service. I am certain that he receives a pension check from USPS. In this regard, you might inquire of the Postal Service as to where his pension check is forwarded.

In reviewing some of the e-mails and documents that have been provided during the course of discovery in this matter, I have repeatedly come across the names George R. Lucas, Leonard Eickhoff, Susan Angelo and George S. Kikuchi. Upon information and belief, these individuals have information concerning Mr. Wilson's discussions with USPS regarding Gemini Electronics being awarded a contract that covered the Great Lakes Region which is beyond the Chicago District.

More specifically, George Kikuchi in an email sometime in 2000 may have acknowledged that Willie Wilson, William Goldsmith and Nikki Zollar met with him to discuss the awarding of an October, 1999 contract and the coverage area.

I would appreciate it if you would make an inquiry of the USPS as to the whereabouts of George Kikuchi, Susan Angelo, Leonard Eickhoff and George R. Lucas. These individuals were Postal employees during the relevant times of the contract in dispute in this litigation.

Of course, I will continue to try and identify the names and whereabouts of people that may have relevant information pursuant to the Rules of Discovery.

Looking forward to discussing this matter with you.

Sincerely,

Lewis Myers, Jr.

LMJr.:rh