# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Gemini Electronics, Inc.,

Plaintiff.

v

United States Postal Service,

Defendant.

Case No. 04-166C
Honorable Judge Marian Blank Horn

## PLAINTIFF'S LIST OF EXPECTED TRIAL WITNESSES

Pursuant to Appendix A of the Rules of the Court of Federal Claims ("RCFC") and the Court's order at the status conference of June 8, 2004, Plaintiff Gemini Electronics identifies the following witnesses that counsel expects to call at trial in its case in chief. Plaintiff reserves the right to supplement this list, to omit witnesses at trial should their testimony become unnecessary, to call additional impeachment witnesses and to call any witness listed by Defendant United States Postal Service ("USPS") or necessary to lay the foundation for the admissibility of trial exhibits. For the convenience of the witnesses and the Court, if any of the following witnesses are called by Defendant, Plaintiff respectfully requests the opportunity to conduct direct examination of the witness(es) immediately following the Defendant's examination. Plaintiff expects to call:

1. Gerald Lucas
Direct Examination: 1 hour
Gerald Lucas, if called as a witness, will testify to the terms of the contract with the Postal Services. Lucas participated in at least one meeting where the terms and area of coverage of the Gemini contract were discussed. A June 30, 2000 e-mail from Lucas states that Lucas met with Goldsmith, Willie Wilson and Nikki Zollar regarding the extension of the contract to other areas, and

providing coverage to central and Northern Illinois. In this conversation Lucas was told that the coverage area was always supposed to include Northern Illinois and Central Illinois.

2. Susan Angelo
Direct Examination: 30 min
USPS Employee.
Ms. Angelo spoke with Mr. Wilson on several occasions concerning his contract with USPS. As a result of these conversations, Ms. Angelo arranged for Mr. Wilson to meet with other supervisory employees of USPS concerning the area in which Mr. Wilson's contract allowed him to install phones. She will testify that Mr. Wilson informed her that under the terms of the contract he was supposed to be able to install phones in postal facilities beyond the Chicago District.

3. George S. Kikuchi
Direct Examination: 1 hour
USPS Employee. Mr. Kikuchi will testify concerning Plaintiff's claim that he contracted with USPS to cover areas other than the Chicago District. In several internal e-mails at the Postal Service, this witness discussed the plaintiff's statements that the plaintiff had been given the authority to cover through his contract an area larger than the Chicago District. This witness was present in one or more meetings where the Gemini contract and its terms were discussed. Moreover, Kikuchi stated by e-mail dated July 7, 2000 that Wilson, Goldsmith and Nikki Zollar met with him regarding the contract that had been awarded to Gemini; and, that Wilson, Goldsmith and Nikki Zollar told him that the contract was to compete "for the Chicago District as well as other areas in Northern Illinois and Central Illinois."

4. Nikki M. Zollar
President
Triad Consulting Services, Inc.
10 S. Riverside Plaza
Suite 810
Chicago, IL 60606
Direct Examination: 1 hour
Ms. Zollar served as counsel for Mr. Wilson and participated in meetings with USPS officials where the area of coverage for the Gemini contract was discussed. She will testify that Mr. Wilson in these meetings consistently maintained that the Postal Service was not living up to its end of the contract

in regards to areas of coverage that had been understood between the parties. More specifically, Zollar in July, 2000 attended two meetings wherein the contract area was discussed with Gerald Lucas and George Kikuchi. Specifically, Wilson in both meetings told officials that the contract was being violated because he was supposed to have the wider area of coverage. These meetings are referenced by e-mails written by Lucas and Kikuchi in July 2000.

5. Bill Goldsmith
Gemini Electronics
4801 Southwick Drive
Matteson, IL
Direct Examination: 1 hour
Mr. Goldsmith was an employee of Gemini Electronics at the time that the contract was being negotiated between the parties. He also participated in meetings where the contract and its terms were being discussed by the parties. He will testify that a survey of the proposed contract area was made which included areas beyond Chicago. Mr. Goldsmith attended at least two meetings in July with Wilson and Zollar wherein the coverage area was discussed with Postal officials, and in those meetings Wilson told the officials that the terms of the contract were not being honored. Mr. Goldsmith will testify to the lost of revenue by Gemini as a result of the breach of contract by the defendant. He will also testify regarding the damages suffered by the company as a result of the breach of contract.

6. William W. Krueger
Gemini Electronics
4801 Southwick Drive
Matteson, IL
Direct Examination: 1 hour
Mr. Kruegar was an employee of Gemini Electronics and participated in the earlier discussions concerning the terms and conditions of the contract. Mr. Kruegar also participated in meetings with Postal Services employees wherein the terms and conditions of the contract were discussed including the area of coverage. Mr. Krueger will testify that the contract in dispute in this litigation covered Northern and Central Illinois. Mr. Krueger will also testify to lost of revenue and damages to Gemini as a result of the breach of contract by the defendant.

7. Jon Michelle Richardson
100 Forest Place
Unit P5
Oak Park, IL 60301
Direct Examination: 1 hour
Ms. Richardson served as legal counsel for Mr. Wilson and has knowledge as to the terms and conditions of the contract between the parties. Ms Richardson will testify that Mr. Wilson was forced to constructively discharge the contract because of the actions of the defendant. She will testify that the defendant did not allow Mr. Wilson to put his phones in certain facilities which violated his contract. She will testify that the Postal Service was put on notice of these violations.

8 Danny Jackson
Vice President of Area Operations
USPS-Great Lakes Area
244 Knollwood Drive, 4th Floor
Bloomingdale, IL 60117
Direct Examination: 1 hour
Mr. Jackson will testify that Willie Wilson had numerous conversations with him about the failure of the Postal Service to adhere to the contract in regards to the areas of coverage. Mr Jackson became the regional Vice President of the Postal Service after Mr. Wilson had entered into the contract. Mr. Jackson will also testify that he referred Mr. Wilson to other USPS employees in order to resolve the contract differences and that Mr.. Wilson met with these other officials.

10 Glenda Glover, Ph.D., CPA, J.D.
Dean of the College of Business
Jackson State University
1400 Lynch Street
Jackson, MS 39217
Direct Examination: 1 hour
Dr. Glover will testify concerning the economic losses and damages of the Plaintiff. She will determine the present value of lost future earnings discounted at an appropriate rate. She will perform a but-for analysis associated with the loss of profits.

11. Willie Wilson
Chief Operating Officer
Gemini Electronics, Inc.
4801 Southwick Drive
Matteson, IL
Direct Examination: 2 hours
Mr. Wilson will testify to matters described and stated in his complaint. He specifically will testify that Defendant, USPS breached its contract with Gemini Electronics. As a result of the breach Mr. Wilson suffered financial losses and damage to his corporation. Mr. Wilson will also testify that Gemini Electronics was not allowed to install its telephones in the Central and Northern Illinois Postal Service regions. Moreover, Mr. Wilson has given a deposition in support of the complaint in this matter.

Attorney for Plaintiff

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile