**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | Honorable Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF S'AMENDED EXHIBITS LIST**

PLAINTIFF, Gemini Electronics, by and through counsel, Lewis Myers, Jr., provides the following initial Exhibits List per the Joint Status Conference of June 8, 2004.

(A) List of exhibits to be tendered at trial on August 16, 2004. Plaintiff reserves the right to amend Exhibits List at any time before final lists are tendered to the Honorable Court.

1. Exhibit A-Rider Illinois (List of telephone sites).

2. Cover letter from Yasmin Clark to Maria Furhmann dated October 22, 1999. Attached documents five pages...Ameritech payphones-Chicago District (10/22/99).

3. (Cover letter/fax transmission from Vernon Sims dated 3/12/02 to Cary Front Law Department) Attached documents include Requisition for Supplies, Services or Equipment, e-mail dated 2/4/02 from Annie Barrera to Phyllis Flynn.

4. Certified letter from Cary L. Katznelson dated October 23, 2002 to Jon Michelle Richardson re public telecommunications service agreement.

5. Letter dated October 10, 2002 from Cary L. Katznelson to Jon Michelle Richardson re public telecommunications service agreement. Letter consists of two pages cc d' to Akinyinka Akinyele and Vernon Sims.

6. Statement of Work for Pay Phone Service.

7. Gemini Electronics Agreement for Operation of Public Telephone document.

8. Letter from Cary L. Katznelson to Nikki Zollar dated February 6, 2001 re Novation Agreement Gemini Electronics, Inc. to Gemini Electronics L.L.C.

9. Blank Novation Agreement consisting of three pages.

10. Letter dated January 12, 2001 from Willie Wilson to Chris Zadina, cc to Rufus Porter, Cary Katznelson, Maria Fuhrmann.

11. Letter from Nikki Zollar cc Rufus Porter and Cary Katznelson dated January 5, 2001 to Maria Fuhrmann.

12. Letter to Cary Katznelson cc Rufus Porter to Nikki Zollar dated October 10, 2000...confirm conversation in which you informed me that at this time, Gemini is withdrawing its request for assignment of the Postal Service telecommunications contract to Gemini Electronics, Inc.

13. Letter dated August 31, 2000 from Rufus Porter to Greg R. Sackrider.

14. Letter dated October 18, 1999 from Hank Kelly to Maria Fuhrmann re contract with Gemini Electronics.

15. Correspondence from Danny Jackson dated July 3, 2001 to Sharon Kao re Gemini.

16. Letter from Alexis V. Knighton, Manager Labor Relations, United States Postal Service cc Christopher J. Burton to Lewis Myers, Jr. re October, 1999 Telecommunications Service Agreement between Postal Service and Gemini Electronics.

17. Letter from Maria Fuhrmann to Hank Kelly dated October 14, 1999 re Gemini Electronics payphone agreement.

18. Letter from Maria Fuhrmann to Hank Kelly dated October 13, 1999.

19. Fax from Hank Kelly to Maria Fuhrmann dated October 1, 1999. Fax transmittal sheet is first page, attached to the Public Telecommunications Service Agreement.

20. Letter from Maria Fuhrmann to Michael L. Johnson dated July 20, 2000 re Pay Service Agreement for Postal Service Chicago District.

21. Letter from Jon Michelle Richardson cc to Danny Jackson, Akinyinka O. Akinyele and Cary L. Katznelson dated September 9, 2002 re Public Telecommunications Service Agreement.

22. Letter from Willie Wilson to Phyllis Flynn dated October 20, 1999.

23. Memo from Dorothy Kelbus to Legal Counsel requesting advice as to whether or not purchasing can sign the attached agreement. Attachments consist of Payphone Service Agreement, Payphone Service Agreement Exhibit A, Fixed Compensation, Interexchange Carrier Letter of Agency Document attachment with list of sites.

24. Letter from Calvin R. Allen, Account Manager, Ameritech to Phyllis Flynn re list of phone numbers for Chicago District.

25. Letter from Truman Armstrong, Acct. Exec., Ameritech to Ray Briggs, North Suburban Postal Facility, dated February 14, 1994 re confirmation of mutual agreement to extend the terms of Public Telephone Agreement (1 page attached).

26. Agreement for Operation of Public Telephone (Gemini Electronics) consisting of six pages and a Statement of Work for Pay Phone Service as one of the attachments.

27. Clean copy of a Public Telecommunications Service Agreement consisting of four pages signed October 21, 1999 by Willie Wilson and Rufus Porter.

28. Pay Phone Service Agreement consisting of approximately six pages including an account revenue and commission history.

29. From Vernon Sims, Manager, Information Systems to Gracia Carter dated March 26, 2001.

30. Memo from Akinyinka O. Akinyele, District Manager to Dave Wightman re article in Chicago Defender.

31. Pay Phone Service Agreement signed by Mary Giorgi with a space provider, USPS-AMC O Hare, Plant Manager, 11/20/00 (Five pages as well as attached e-mails).

32. Public Telephone Service and Commission Agreement, Agreement #12191.

33. List of public phones, major accounts (800) 852-1901. The list is headed Illinois Bell Telephone Co. Public Telephone Commission Detail. A list of public telephones is attached.

34. Correspondence from Azeezaly S. Jaffer, Acting VP to Mr. Henderson re Media Relations Weekly Status Report dated October 1, 1999. Attached is an e-mail from Thomas Nicolosi to Maria Fuhrmann re Media Relations.

35. Correspondence between Mary Giorgi, Acct. Manager to Phyllis Flynn, Telecommunications Specialist.

36. Ray Briggs e-mail to Maria Fuhrmann dated October 6, 1999 re Pay Telephones - Competitive Bid Form. Forwarded e-mail from from Phillip Kane dated March 26, 1997.

37. National Network Service Center Pay Phone Survey Statement of Work (consists of 14 pages).

38. Request for Quote (RFQ) on Pay Phones.

39. E-mail from Leonard Eickhoff re Gemini dated 7/13/00.
E-mail from Gerald Lucas dated 7/13/00.
E-mail from Leonard Eickhoff dated 7/12/00.

40. Management Instruction manual.

41. E-mail from Gene Meints dated 10/8/99.

42. E-mail from Gregg Sackrider to Maria Furhmann.
E-mail from Leonard Eickhoff.
E-mail from Sharon Kao dated 6/30/00.
E-mail from Gerald Lucas dated 6/30/00.
E-mail from Leonard Eickhoff dated 7/12/00.
E-mail from Leonard Eickhoff dated 7/11/00.
George Kikuchi and Susan Angelo e-mails forwarded from Greg Sackrider to Maria Fuhrmann dated 7/14/00

43. Letter from Mary Anne Gibbons, VP and General Counsel of the USPS.

44. Letter from Wendy Hocking to Nikki Zollar dated February 4, 2000.

45. Pay Phone Service Agreement.

46. Letter from Phyllis Flynn to Maria Furhmann dated September 28, 1999 re Public Telephone Contract.