Lewis Myers, Jr.
Attorney for Plaintiff

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile