**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT TRIAL EXHIBIT LIST**

Plaintiff, Gemini Electronics, Inc. and defendant, the United States, submit the following list of trial exhibits, pursuant to Appendix A of the Rules of the United States Court of Federal Claims and as ordered by the Court in its orders of June 25, 2004 and July 7, 2004, as follows:

**I. Joint Stipulated Exhibits**

| Exhibit No. | Description |
|---|---|
| 1 | Defendant's First Set of Interrogatories and First Request for Production of Documents to Plaintiff, served March 3, 2004 |
| 2 | Plaintiff's Answers to Interrogatories, undated |
| 3 | Complaint filed by Gemini Electronics, Inc. in the United States Court of Federal Claims, No. 04-166C (with attachments), filed February 6, 2004 |
| 4 | Complaint filed by Gemini Electronics, Inc. in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02C 2151 (with attachments), filed March 26, 2002 |
| 5 | Public Telecommunications Service Agreement, dated October 18, 1999 |
| 6 | Letter to Vernon Sims, United States Postal Service, Manager of Information Systems, Chicago District Office, from Jon Michelle Richardson, attorney for Gemini Electronics, Inc., dated September 9, 2002 |
| 7 | Gemini Electronics Payphone Commission Statement, May 2001 |

| | |
|---|---|
| 8 | Letter to Michael L. Johnson, Vice President & General Counsel, Pay Phone Services, from Maria R. Fuhrmann, attorney, United States Postal Service, Law Department, re: Public Telephone Service Agreement No. 12191, dated July 20, 2000 |
| 9 | Letter to Phyllis Flynn, United States Postal Service Chicago District, Information Systems, from Mary E. Giorgi, SBC Public Communications (Ameritech), Account Manager (with attachment), dated June 13, 2000 |
| 10 | Letter to Danny Jackson, Vice President, United States Postal Service, Great Lakes Area, from Willie Wilson, Chairman, Gemini Electronics, Inc., dated January 28, 2000 |
| 11 | Letter to Ameritech Pay Phone Services from Phyllis Flynn, Telecommunications Specialist, United States Postal Service, Information Systems, Customer Service and Sales, Chicago District, dated October 25, 1999 |
| 12 | Letter to Maria Fuhrmann, attorney, United States Postal Service, Law Department, from Yasmin L. Clark, United States Postal Service, Information Systems Coordinator w/attachment (cc: Rufus Porter), dated October 22, 1999 |
| 13 | Letter to Phyllis Flynn, Telecommunications Specialist, United States Postal Service, District Information Services, Chicago Customer Services District, from Mary E. Giorgi, Account Manager, Ameritech (with attachments – 1992 Pay Phone Services Contract between Illinois Bell Telephone Co. and United States Postal Service, including Exhibit A – Rider – Illinois), dated September 30, 1999 |
| 14 | Exhibit A – Rider – Illinois, undated (see Exhibit 16) |
| 15 | Administrative Support Manual, Issue 13, dated July 1999 |
| 16 | USPS Management Instruction AS-840-95-6, dated May 13, 1995 |
| 17 | Table containing various United States Postal Service facility addresses, telephone numbers, facility names, and districts – also indicating which list(s) the information appears on. |

## II. **Plaintiff's Exhibits**

none

## III. Defendant's Exhibits

| | |
|---|---|
| 200 | Letter to Hank Kelly, attorney, Gemini Electronics, Inc., from Maria Fuhrmann, attorney, United States Postal Service, Law Department, re: Gemini Electronics – Pay Phone Agreement, dated October 13, 1999 |
| 201 | Letter to Hank Kelly, attorney, Gemini Electronics, Inc., from Maria Fuhrmann, attorney, United States Postal Service, Law Department, re: Gemini Electronics – Pay Phone Agreement, dated October 14, 1999 |

## IV. Plaintiff's Objections to Defendant's Exhibits

| | |
|---|---|
| 200 | Relevance. |
| 201 | Relevance. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lewis Myers, Jr.
LEWIS MYERS, JR.
25 E. Washington Street, Suite 1225
Chicago, Illinois 60602
Tele: (312) 236-8004
Fax: (312) 236-8804
E-mail: lmyersatt@aol.com

Attorney for Plaintiff

Dated: July 15, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
Trial Attorney
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

Attorneys for Defendant

Dated: July 15, 2004