**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF ISSUES OF FACT AND ISSUES OF LAW**

Pursuant to the Court's orders of June 25, 2004 and July 7, 2004, the parties submit the following joint statement of issues of fact and issues of law, as follows:

## I. Joint Statement of Issues of Fact

1. Whether Gemini Electronics, Inc. ("Gemini") received notice, prior to the execution of the October 1999 Public Telecommunications Service Agreement ("the agreement"), that the agreement would only cover facilities within the United States Postal Service's ("Postal Service") Chicago District.

2. Whether the Postal Service's Airport Mail Center on Irving Park Road near O'Hare Airport ("O'Hare AMC") was part of the Postal Service's Chicago District in October 1999.

3. Whether the parties had agreed upon the contents of "Exhibit A" to the agreement (referenced at paragraph six of the agreement) at the time they executed the agreement in October 1999.

4. Whether a document was attached to the agreement at the time of execution that constitutes "Exhibit A" to the agreement (referenced at paragraph six of the agreement) and, if so, which document that is.

5. Whether any representative of the Postal Service gave Gemini permission to install its payphones in Postal Service facilities outside the Chicago District.

6. Whether J.T. Weeker, the Postal Service's Vice President for the Great Lakes Area, agreed to allow Gemini to install its payphones in Postal Service facilities outside the Chicago District, or whether Mr. Weeker merely encouraged Gemini to pursue agreements with other Postal Service districts within the Great Lakes Area.[1]

## II. Joint Statement of Issues of Law

1. Whether Rufus Porter, the District Manager and Postmaster for the Postal Service’s Chicago District, had authority to enter into a public telecommunications service agreement with Gemini that would include Postal Service facilities outside the Chicago District.

2. Whether the Postal Service breached the October 1999 agreement when it did not allow Gemini to install payphones in Postal Service facilities in the Northern Illinois or Central Illinois Districts.

3. Whether, in 2000, the Postal Service breached the October 1999 agreement when Gerald Kubick, plant manager at the Postal Service's O'Hare AMC, did not allow Gemini to install additional payphones at the O'Hare AMC.

[1] At all relevant times, the Great Lakes Area of the Postal Service generally covered the states of Illinois, Michigan, Indiana, Wisconsin, as well as a small part of Missouri, including the applicable districts within each of those states.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lewis Myers, Jr.
LEWIS MYERS, JR.
25 E. Washington Street, Suite 1225
Chicago, Illinois 60602
Tele: (312) 236-8004
Fax: (312) 236-8804
E-mail: lmyersatt@aol.com

Attorney for Plaintiff

Dated: July 15, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
Trial Attorney
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

Attorneys for Defendant

Dated: July 15, 2004