**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | Honorable Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S LIST OF EXPECTED TRIAL WITNESSES**

Pursuant to Appendix A of the Rules of the Court of Federal Claims ("RCFC") and the Court's order at the status conference of June 8, 2004, Plaintiff Gemini Electronics identifies the following witnesses that counsel expects to call at trial in its case in chief. Plaintiff reserves the right to supplement this list, to omit witnesses at trial should their testimony become unnecessary, to call additional impeachment witnesses and to call any witness listed by Defendant United States Postal Service ("USPS") or necessary to lay the foundation for the admissibility of trial exhibits. For the convenience of the witnesses and the Court, if any of the following witnesses are called by Defendant, Plaintiff respectfully requests the opportunity to conduct direct examination of the witness(es) immediately following the Defendant's examination. Plaintiff expects to call:

1. Nikki M. Zollar
President
Triad Consulting Services, Inc.
10 S. Riverside Plaza
Suite 810
Chicago, IL 60606
Direct Examination: 30-45 min.
Ms. Zollar served as counsel for Mr. Wilson and participated in meetings with United Postal Service officials where the area of coverage for the Gemini contract was discussed. She will testify that Mr. Wilson in these meetings consistently maintained that the Postal Service was not living up to its end of the contract in regards to areas of coverage that had been understood between the parties. More

specifically, Zollar in July, 2000 attended two meetings wherein the contract area was discussed with Gerald Lucas and George Kikuchi. Specifically, Wilson in both meetings told officials that the contract was being violated because he was supposed to have the wider area of coverage. These meetings are referenced by e-mails written by Lucas and Kkuchi in July 2000.

2. William W. Krueger
Gemini Electronics
4801 Southwick Drive
Matteson, IL
Direct Examination: 1 hour
Mr. Kruegar was an employee of Gemini Electronics and participated in the earlier discussions concerning the terms and conditions of the contract. Mr. Kruegar also participated in meetings with Postal Services employees wherein the terms and conditions of the contract were discussed including the area of coverage. Mr. Krueger will testify that the contract in dispute in this litigation covered Northern and Central Illinois.

3. Jon Michelle Richardson
100 Forest Place
Unit P5
Oak Park, IL 60301
Direct Examination: 45 Min.
Ms. Richardson served as legal counsel for Mr. Wilson and has knowledge as to the terms and conditions of the contract between the parties. Ms Richardson will testify that Mr. Wilson was forced to constructively discharge the contract because of the actions of the defendant. She will testify that the defendant dis not allow Mr. Wilson to put his phones in certain facilities which violated his contract. She will testify that the Postal Service was put on notice of these violations.

4. Willie Wilson
Chief Operating Officer
Gemini Electronics, Inc.
4801 Southwick Drive
Matteson, IL
Direct Examination: 1 Hour
Mr. Wilson will testify to matters described and stated in his complaint. He specifically will testify that Defendant USPS breached its contract with Gemini Electronics. As a result of the breach Mr. Wilson suffered financial losses and damage to his corporation. Mr. Wilson will also testify that Gemini Electronics was

not allowed to install its telephones in the Central and Northern Illinois Postal Service regions. Moreover, Mr. Wilson has given as deposition in support of the complaint in this matter.

s/Lewis Myers, Jr.

Attorney for Plaintiff

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile