# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GEMINI ELECTRONICS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-166C**
**Filed: September 24, 2004**

## O R D E R

A trial in the above-captioned case was held August 16 through August 18, 2004. At the trial, the court **ORDERED** the defendant to file its post-trial brief on or before **Friday, October 15, 2004**. The court further **ORDERED** the plaintiff to file a response to defendant's post-trial brief on or before **Wednesday, November 17, 2004**. Any reply to plaintiff's brief shall be filed by the defendant on or before **Wednesday, November 24, 2004**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**