**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-166C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE TO FILE**
**PAPER COPY OF POSTAL SERVICE MAP**

Pursuant to Rules 7(b)(1) and 7.2(d) of the Rules of the United States Court of Federal Claims, the parties respectfully request leave of Court to file a paper copy of a map of the Chicago District of the United States Postal Service, which has been referenced in defendant's post-trial brief, and as requested by the Court during the trial of this matter in August 2004.

Due to the size of the map, it cannot be submitted electronically without losing resolution of the map's detail. Accordingly, the parties respectfully request leave to file a paper copy of the map. Upon the Court's ruling granting leave to file a paper copy of the map, defendant, upon behalf of the parties, will submit the map, accompanied by a Notice of Filing, as suggested by the Clerk's Office of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Lewis Myers, Jr.
LEWIS MYERS, JR.
25 E. Washington Street, Suite 1225
Chicago, Illinois 60602
Tele: (312) 236-8004
Fax: (312) 236-8804

Attorney for Plaintiff

Dated: October 14, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

Attorneys for Defendant

Dated: October 14, 2004