# ATTACHMENT 1

JOINT EXHIBIT
17A

| Tel. No. | Address (all locations are in IL) | Zip Code | Facility Name | District | On Exhibit A - Rider Illinois? | On 10/22/99 List? | On 6/13/00 List? |
|---|---|---|---|---|---|---|---|
| 630-895-3309 | 525 N. Broadway, Aurora | 60505 | Aurora Main Office | Central | X | - | - |
| 630-859-9723 | 525 N. Broadway, Aurora | 60505 | Aurora Main Office | Central | X | - | - |
| 630-859-9606 | 525 N. Broadway, Aurora | 60505 | Aurora Main Office | Central | X | - | - |
| 630-406-0721 | 500 N. Randall Rd., Batavia | 60510 | Batavia, IL P.O. | Central | X | - | - |
| 708-484-9721 | 6625 Cermak Rd., Berwyn | 60402 | Berwyn, IL P.O. | Central | X | - | - |
| 708-484-9720 | 6625 Cermak Rd., Berwyn | 60402 | Berwyn, IL P.O. | Central | X | - | - |
| 708-484-9542 | 6625 Cermak Rd., Berwyn | 60402 | Berwyn, IL P.O. | Central | X | - | - |
| 708-698-9815 | 7401 W. 100th Pl., Bridgeview | 60455 | Bridgeview, IL P.O. | Central | X | - | - |
| 708-598-9803 | 7401 W. 100th Pl., Bridgeview | 60455 | Bridgeview, IL P.O. | Central | X | - | - |
| 708-598-9684 | 7401 W. 100th Pl., Bridgeview | 60455 | Bridgeview, IL P.O. | Central | X | - | - |
| 708-485-9714 | 3731 Prarie Ave., Brookfield | 60513 | Brookfield Main Office | Central | X | - | - |
| 708-891-9537 | 1200 Ring Rd., Calumet City | 60409 | Calumet City Main Office | Central | X | - | - |
| 217-398-9713 | 2001 N. Mattis Ave., Champaign | 61821 | Champaign Main Office | Central | X | - | - |
| 217-398-9712 | 2001 N. Mattis Ave., Champaign | 61821 | Champaign Main Office | Central | X | - | - |
| 217-398-9639 | 2001 N. Mattis Ave., Champaign | 61821 | Champaign Main Office | Central | X | - | - |
| 217-398-9638 | 2001 N. Mattis Ave., Champaign | 61821 | Champaign Main Office | Central | X | - | - |
| 217-398-9637 | 2001 N. Mattis Ave., Champaign | 61821 | Champaign Main Office | Central | X | - | - |
| 708-771-9821 | 7600 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-771-9819 | 7600 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-771-9722 | 7600 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-488-9154 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-488-0749 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-488-0454 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9894 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9854 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9851 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9840 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9815 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9811 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9757 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9746 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9745 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 708-366-9736 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9721 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9709 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9625 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9591 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9588 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9587 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-9585 | 7500 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 708-366-5854 | 7600 W. Roosevelt Rd., Forest Park | 60130 | Chicago BMC | Central | X | - | - |
| 630-654-9461 | 312 Park Ave., Clarendon Hills | 60514 | Clarendon Hills, IL P.O. | Central | X | - | - |
| 217-442-9666 | 303 N. Hazel, Danville | 61832 | Danville Main Office | Central | X | - | - |
| 217-423-9685 | 200 N. Franklin, Decatur | 62523 | Decatur Main Office | Central | X | - | - |
| 217-423-9408 | 200 N. Franklin, Decatur | 62523 | Decatur Main Office | Central | X | - | - |
| 217-423-9103 | 200 N. Franklin, Decatur | 62523 | Decatur Main Office | Central | X | - | - |
| 217-875-9716 | 1601 E. Mound Rd., Decatur | 62526 | Decatur Memorial Station | Central | X | - | - |
| 217-875-9713 | 1601 E. Mound Rd., Decatur | 62526 | Decatur Memorial Station | Central | X | - | - |
| 217-875-9630 | 1601 E. Mound Rd., Decatur | 62526 | Decatur Memorial Station | Central | X | - | - |
| 217-422-3871 | 421 E. Cerro Gordo, Decatur | 62523 | Decatur VMF/ Carrier Annex | Central | X | - | - |
| 708-849-9627 | 14212 Cottage Grove Ave., Dolton | 60419 | Dolton Main Office | Central | X | - | - |
| 708-841-2961 | 14212 Cottage Grove Ave., Dolton | 60419 | Dolton Main Office | Central | X | - | - |
| 630-969-9889 | 920 Curtiss, Downers Grove | 60515 | Downers Grove, IL P.O. | Central | X | - | - |
| 309-698-1492 | 401 E. Washington, E. Peoria | 61611 | East Peoria Retail Unit | Central | X | - | - |
| 309-694-9043 | 415 E. Washington, E. Peoria | 61611 | East Peoria, IL P.O. | Central | X | - | - |
| 815-436-9057 | 605 N. Des Plaines, Plainfield | 60544 | Former Plainfield, IL P.O. (vacated in 1997) | Central | X | - | - |
| 630-978-9986 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9978 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9971 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9969 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9942 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 630-978-9936 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9934 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9904 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9884 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9873 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9854 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9849 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9845 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9843 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9834 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9816 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 630-978-9810 | 3900 Gabrielle Ct., Aurora | 60599 | Fox Valley P&DC/ Aurora East Station | Central | X | - | - |
| 815-469-9885 | 21701 Elsner Rd., Frankfort | 60423 | Frankfort Main Office | Central | X | - | - |
| 815-464-7160 | 21701 Elsner Rd., Frankfort | 60423 | Frankfort Main Office | Central | X | - | - |
| 708-333-9375 | 15441 Center Ave., Harvey | 60426 | Harvey Main Office | Central | X | - | - |
| 630-655-9813 | 109 Symonds Dr., Hinsdale | 60521 | Hinsdale Branch | Central | X | - | - |
| 708-647-0948 | 1921 Ridge Road, Homewood | 60430 | Homewood Main Office | Central | X | - | - |
| 815-725-9667 | 2000 McDonough, Joliet | 60436 | Joliet Main P.O. | Central | X | - | - |
| 815-725-9634 | 2000 McDonough, Joliet | 60436 | Joliet Main P.O. | Central | X | - | - |
| 708-352-9836 | 121 W. Hillgrove, La Grange | 60525 | La Grange Main Office | Central | X | - | - |
| 630-968-9680 | 817 Ogden Ave., Lisle | 60532 | Lisle Main Office | Central | X | - | - |
| 630-968-9660 | 817 Ogden Ave., Lisle | 60532 | Lisle Main Office | Central | X | - | - |
| 708-748-9798 | 20650 Cicero Ave., Matteson | 60443 | Matteson, IL P.O. | Central | X | - | - |
| 708-388-9816 | 14722 Pulaski Rd., Midlothian | 60445 | Midlothian Main Office | Central | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 708-385-9436 | 14722 Pulaski Rd., Midlothian | 60445 | Midlothian Main Office | Central | X | - | - |
| 630-420-9514 | 5 S. Washington, Naperville | 60540 | Naperville Finance Station | Central | X | - | - |
| 630-420-9275 | 1750 W. Ogden Ave., Naperville | 60540 | Naperville Main Office | Central | X | - | - |
| 630-420-9241 | 1750 W. Ogden Ave., Naperville | 60540 | Naperville Main Office | Central | X | - | - |
| 630-420-9200 | 1750 W. Ogden Ave., Naperville | 60540 | Naperville Main Office | Central | X | - | - |
| 217-398-9116 | 600 N. Neil St., Champaign | 61820 | Neil Street Station | Central | X | - | - |
| 815-485-9813 | 300 Vine, New Lenox | 60451 | New Lenox Main Office | Central | X | - | - |
| 815-485-9807 | 300 Vine, New Lenox | 60451 | New Lenox Main Office | Central | X | - | - |
| 708-447-9691 | 7300 25th, North Riverside | 60546 | North Riverside, IL P.O. | Central | X | - | - |
| 309-693-9639 | 6310 N. University, Peoria | 61614 | North University Station | Central | X | - | - |
| 309-693-9638 | 6310 N. University, Peoria | 61614 | North University Station | Central | X | - | - |
| 630-990-9826 | 1314 Kensington Rd., Oak Brook | 60523 | Oak Brook Main P.O. | Central | X | - | - |
| 630-573-9128 | 1314 Kensington Rd., Oak Brook | 60523 | Oak Brook Main P.O. | Central | X | - | - |
| 708-687-9877 | 15811 Central Ave., Oak Forest | 60459 | Oak Forest Main Office | Central | X | - | - |
| 708-424-9891 | 9249 S. Cicero Ave., Oak Lawn | 60453 | Oak Lawn Station | Central | X | - | - |
| 708-349-9614 | 9500 144th Pl., Orland Park | 60462 | Orland Park Main Office | Central | X | - | - |
| 708-748-9796 | 123 Indianwood Blvd., Park Forest | 60466 | Park Forest Main Office | Central | X | - | - |
| 815-254-2878 | 14855 S. New Van Dyke Rd., Plainfield | 60544 | Plainfield Main Office | Central | X | - | - |
| 815-254-2173 | 14855 S. New Van Dyke Rd., Plainfield | 60544 | Plainfield Main Office | Central | X | - | - |
| 217-228-9830 | 3535 Katherine Rd., Quincy | 62301 | Quincy Main Office | Central | X | - | - |
| 217-222-9868 | 3535 Katherine Rd., Quincy | 62301 | Quincy Main Office | Central | X | - | - |
| 708-442-9879 | 45 E. Burlington, Riverside | 60546 | Riverside, IL P.O. | Central | X | - | - |
| 708-388-3954 | 3447 137th, Robbins | 60472 | Robbins Main Office | Central | X | - | - |
| 708-331-9311 | 16260 Louis Ave., South Holland | 60473 | South Holland Main Office | Central | X | - | - |
| 708-496-9842 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9720 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9675 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9607 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9593 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9575 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9545 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9486 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9460 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9393 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9371 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9367 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 708-496-9335 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9324 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9307 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9094 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 708-496-9016 | 6801 W. 73rd St., Bedford Park | 60499 | South Suburban P&DC | Central | X | - | - |
| 217-753-9766 | 600 E. Monroe, Springfield | 62701 | Springfield Downtown Annex | Central | X | - | - |
| 217-753-9409 | 600 E. Monroe, Springfield | 62701 | Springfield Downtown Annex | Central | X | - | - |
| 217-522-3916 | 411 E. Monroe, Springfield | 62701 | Springfield Downtown Station | Central | X | - | - |
| 217-525-4936 | 1927 E. Sangamon Ave., Springfield | 62702 | Springfield Northeast Station | Central | X | - | - |
| 217-525-3897 | 1927 E. Sangamon Ave., Springfield | 62702 | Springfield Northeast Station | Central | X | - | - |
| 217-753-9891 | 2105 E. Cook, Springfield | 62703 | Springfield P&DC | Central | X | - | - |
| 217-753-9860 | 2105 E. Cook, Springfield | 62703 | Springfield P&DC | Central | X | - | - |
| 217-753-9662 | 2105 E. Cook, Springfield | 62703 | Springfield P&DC | Central | X | - | - |
| 217-753-9380 | 2105 E. Cook, Springfield | 62703 | Springfield P&DC | Central | X | - | - |
| 217-753-9286 | 2105 E. Cook, Springfield | 62703 | Springfield P&DC | Central | X | - | - |
| 217-548-9768 | 1760 W. Wabash Ave., Springfield | 62704 | Springfield SW Station | Central | X | - | - |
| 217-546-9763 | 1760 W. Wabash Ave., Springfield | 62704 | Springfield SW Station | Central | X | - | - |
| 708-532-9782 | 7230 171st, Tinley Park | 60477 | Tinley Park Main Office | Central | X | - | - |
| 708-754-0945 | 701 W. 183rd/ W. Holbrook, Glenwood | 60425 | Tri-City Facility | Central | X | - | - |
| 217-344-8550 | 202 S. Broadway Ave., Urbana | 61801 | Urbana Downtown Station | Central | X | - | - |
| 630-393-9742 | 38101 Rockwell, Warrenville | 60555 | Warrenville, IL P.O. | Central | X | - | - |
| 815-433-9807 | 3465 E. 2056th Rd., Wedron | 60557 | Wedron Main Office | Central | X | - | - |
| 708-246-9881 | 4479 Lawn Ave., Western Springs | 60558 | Western Springs, IL P.O. | Central | X | - | - |
| 630-968-9863 | 5707 S. Cass Ave., Westmont | 60559 | Westmont, IL P.O. | Central | X | - | - |
| 630-810-9668 | 2 W. Plaza Dr., Woodridge | 60517 | Woodridge Branch | Central | X | - | - |
| 708-448-9828 | 11114 S. Harlem Ave., Worth | 60482 | Worth Main Office | Central | X | - | - |
| 708-448-9647 | 11114 S. Harlem Ave., Worth | 60482 | Worth Main Office | Central | X | - | - |
| 773-284-9236 | 3639 W. 79th St., Chicago | 60652 | Ashburn Station | Chicago | X | X | X |
| 773-284-9132 | 3639 W. 79th St., Chicago | 60652 | Ashburn Station | Chicago | X | X | X |
| 773-881-9632 | 8345 S. Ashland Ave., Chicago | 60620 | Auburn Park Station | Chicago | X | X | X |
| 773-881-9192 | 8345 S. Ashland Ave., Chicago | 60620 | Auburn Park Station | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-239-9255 | 8345 S. Ashland Ave., Chicago | 60620 | Auburn Park Station | Chicago | X | X | X |
| 773-221-2671 | 7436 S. Exchange Ave., Chicago | 60649 | Charles Hayes Station | Chicago | X | X | X |
| 312-922-2973 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-922-2956 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-922-0081 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-922-0078 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-922-0025 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-341-0265 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-341-0117 | 358 W. Harrison St., Chicago | 60607 | Chicago Central Annex | Chicago | X | X | - |
| 312-986-1985 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1982 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1981 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1979 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1978 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1751 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1746 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1741 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1727 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-986-1720 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1714 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1708 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1679 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1647 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1601 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1530 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1528 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1527 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1526 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1436 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1435 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-986-1434 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1432 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1431 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1430 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1421 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1420 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1340 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1334 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1332 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1331 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1329 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1193 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-986-1192 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1075 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-1074 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0969 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0968 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0937 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0936 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0883 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0882 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0881 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0839 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0815 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-986-0794 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0789 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0787 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0786 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0649 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0648 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0647 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0646 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0556 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-986-0358 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-697-1665 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-697-1664 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-697-1567 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-697-1067 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-697-0964 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-697-0864 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0970 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0969 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0968 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0876 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0875 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0768 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0767 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |
| 312-362-0676 | 433 W. Harrison St., Chicago | 60699 | Chicago District HQ/ Cardiss Collins P&DC/ Chicago Main Post Office | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-778-9632 | 6037 S. Kedzie Ave., Chicago | 60629 | Chicago Lawn Station | Chicago | X | X | X |
| 773-476-9712 | 6037 S. Kedzie Ave., Chicago | 60629 | Chicago Lawn Station | Chicago | X | X | X |
| 708-863-9592 | 2440 S. Laramie Ave., Chicago | 60804 | Cicero Station | Chicago | X | X | - |
| 708-656-9670 | 2440 S. Laramie Ave., Chicago | 60804 | Cicero Station | Chicago | X | X | - |
| 773-838-8941 | 5645 S. Archer Ave., Chicago | 60638 | Clearing Station | Chicago | X | X | X |
| 773-838-8829 | 5645 S. Archer Ave., Chicago | 60638 | Clearing Station | Chicago | X | X | X |
| 773-838-4020 | 5645 S. Archer Ave., Chicago | 60638 | Clearing Station | Chicago | X | X | X |
| 773-889-9872 | 5102 W. Grand Ave., Chicago | 60639 | Cragin Station | Chicago | X | X | X |
| 773-889-9319 | 5102 W. Grand Ave., Chicago | 60639 | Cragin Station | Chicago | X | X | X |
| 773-583-5709 | 3750 N. Kedzie Ave., Chicago | 60618 | Daniel Doffyn Station | Chicago | X | X | X |
| 773-463-9385 | 3750 N. Kedzie Ave., Chicago | 60618 | Daniel Doffyn Station | Chicago | X | X | X |
| 773-463-9368 | 3750 N. Kedzie Ave., Chicago | 60618 | Daniel Doffyn Station | Chicago | X | X | X |
| 773-774-2588 | 6413 N. Kinzua Ave., Chicago | 60712 | Edgebrook Station | Chicago | X | X | - |
| 773-763-9616 | 6413 N. Kinzua Ave., Chicago | 60712 | Edgebrook Station | Chicago | X | X | - |
| 708-453-9687 | 7300 W. Fullerton Ave., Chicago | 60707 | Elmwood Park Station | Chicago | X | X | - |
| 773-847-9591 | 3124 W. 47th, Chicago | 60632 | Elsdon Station | Chicago | X | X | X |
| 773-783-9068 | 611 W. 63rd St., Chicago | 60621 | Englewood Station | Chicago | X | X | - |
| 773-783-8910 | 611 W. 63rd St., Chicago | 60621 | Englewood Station | Chicago | X | X | X |
| 708-422-9854 | 9359 S. Kedzie Ave., Chicago | 60805 | Evergreen Park Station | Chicago | X | X | - |
| 708-346-0417 | 9359 S. Kedzie Ave., Chicago | 60805 | Evergreen Park Station | Chicago | X | X | - |
| 312-939-9742 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-435-9055 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9680 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9625 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9289 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9288 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9259 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-9149 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-431-8698 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8694 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8691 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8690 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8576 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8539 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8339 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8300 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8198 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8188 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-431-8011 | 433 W. Van Buren St., Chicago | 60607 | Former Chicago Main Post Office (vacated in 1996) | Chicago | X | - | - |
| 312-951-9847 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 312-951-9845 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 312-951-9844 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 312-923-9594 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 312-923-9593 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 312-923-9592 | 540 N. Dearborn St., Chicago | 60610 | Fort Dearborn Station | Chicago | X | X | X |
| 773-549-8770 | 3641 N. Lincoln Ave., Chicago | 60657 | Graceland Annex | Chicago | X | X | X |
| 773-281-9637 | 3635 N. Lincoln Ave., Chicago | 60657 | Graceland Annex | Chicago | X | X | X |
| 773-281-9518 | 3635 N. Lincoln Ave., Chicago | 60657 | Graceland Annex | Chicago | X | X | X |
| 773-488-9521 | 7748 S. Cottage Grove Ave., Chicago | 60619 | Grand Crossing Station | Chicago | X | X | X |
| 773-488-9001 | 7748 S. Cottage Grove Ave., Chicago | 60619 | Grand Crossing Station | Chicago | X | X | X |
| 773-373-9412 | 4601 S. Cottage Grove Ave., Chicago | 60615 | H.W. McGee Station (formerly Hyde Park Station) | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-373-9015 | 4601 S. Cottage Grove Ave., Chicago | 60615 | H.W. McGee Station (formerly Hyde Park Station) | Chicago | X | X | X |
| 773-285-3338 | 4601 S. Cottage Grove Ave., Chicago | 60615 | H.W. McGee Station (formerly Hyde Park Station) | Chicago | X | X | X |
| 708-867-9776 | 7101 W. Gunnison, Harwood Heights | 60706 | Harwood Carrier Annex | Chicago | X | X | X |
| 708-867-9758 | 7101 W. Gunnison, Harwood Heights | 60706 | Harwood Carrier Annex | Chicago | X | X | X |
| 312-454-1353 | 168 N. Clinton, Chicago | 60661 | Haymarket Finance Station | Chicago | X | X | X |
| 773-686-9045 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9467 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9372 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9371 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9275 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9274 | O'Hare Field - Cargo Hangar Building 134, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9273 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9272 | O'Hare Field - Cargo Hangar Building 134, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9271 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9270 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-9269 | O'Hare Field - Cargo Hangar Building 134, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-8579 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-601-8567 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-9123 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-9122 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-9121 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0927 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0925 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0924 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0923 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0922 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0921 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0920 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0919 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-462-0918 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0917 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0824 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0823 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0822 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0821 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | - |
| 773-462-0820 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | - |
| 773-462-0819 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0818 | 11560 W. Irving Park Rd. (Building 135), Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0817 | 11560 W. Irving Park Rd. (Building 135), Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0816 | 11560 W. Irving Park Rd. (Building 135), Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0815 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0815 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0727 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0539 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0538 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0537 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0532 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0531 | O'Hare Field, Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-462-0237 | 11560 W. Irving Park Rd., Chicago | 60701 | Irving Park Road P&DC | Chicago | X | X | X |
| 773-725-9618 | 3319 N. Cicero Ave., Chicago | 60641 | Irving Park Station | Chicago | X | X | X |
| 773-283-9807 | 3319 N. Cicero Ave., Chicago | 60641 | Irving Park Station | Chicago | X | X | X |
| 773-933-9415 | 9308 S. South Chicago Ave., Chicago | 60617 | J. Buchanan Station (formerly South Chicago Station) | Chicago | X | X | X |
| 773-734-9653 | 9308 S. South Chicago Ave., Chicago | 60617 | J. Buchanan Station (formerly South Chicago Station) | Chicago | X | X | X |
| 773-684-9354 | 700 E. 61st St., Chicago | 60637 | Jackson Park Station | Chicago | X | X | X |
| 773-684-9053 | 700 E. 61st St., Chicago | 60637 | Jackson Park Station | Chicago | X | X | X |
| 773-667-9622 | 700 E. 61st St., Chicago | 60637 | Jackson Park Station | Chicago | X | X | X |
| 773-205-5042 | 4816 N. Milwaukee Ave., Chicago | 60630 | Jefferson Park Annex | Chicago | X | X | X |
| 773-283-9707 | 5401 W. Lawrence Ave., Chicago | 60630 | Jefferson Park Postal Store | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-348-8476 | 1343 W. Irving Park Rd., Chicago | 60613 | Lakeview Station | Chicago | X | X | X |
| 773-281-9570 | 1343 W. Irving Park Rd., Chicago | 60613 | Lakeview Station | Chicago | X | X | X |
| 773-388-8283 | 2401 N. Sheffield Ave., Chicago | 60614 | Lincoln Park Postal Store | Chicago | X | X | X |
| 773-348-9692 | 2643 N. Clark, Chicago | 60614 | Lincoln Park Station | Chicago | X | X | X |
| 773-348-9020 | 2643 N. Clark, Chicago | 60614 | Lincoln Park Station | Chicago | X | X | X |
| 773-281-9662 | 2643 N. Clark, Chicago | 60614 | Lincoln Park Station | Chicago | X | X | X |
| 773-722-9552 | 4222 W. Madison St., Chicago | 60624 | Mary Alice Henry Station (formerly Garfield Park Station) | Chicago | X | X | X |
| 773-722-9382 | 4222 W. Madison St., Chicago | 60624 | Mary Alice Henry Station (formerly Garfield Park Station) | Chicago | X | X | X |
| 312-923-9202 | 222 Merchandise Mart Plz., Chicago | 60654 | Merchandise Mart Finance Station | Chicago | X | X | - |
| 773-378-9211 | 324 S. Laramie Ave., Chicago | 60644 | Milton R. Brunson Station | Chicago | X | X | X |
| 773-261-9139 | 324 S. Laramie Ave., Chicago | 60644 | Milton R. Brunson Station | Chicago | X | X | - |
| 773-239-9615 | 1805 W. Monterey Ave., Chicago | 60643 | Morgan Park Station | Chicago | X | X | X |
| 773-239-9603 | 1805 W. Monterey Ave., Chicago | 60643 | Morgan Park Station | Chicago | X | X | X |
| 773-881-9447 | 3349 W. 111th, Chicago | 60803 | Mount Greenwood Station (formerly Alsip Station) | Chicago | X | X | X |
| 773-881-9228 | 3349 W. 111th, Chicago | 60803 | Mount Greenwood Station (formerly Alsip Station) | Chicago | X | X | X |
| 312-942-9844 | 2419 W. Monroe St., Chicago | 60612 | Nancy B. Jefferson Station (formerly Midwest Station) | Chicago | X | X | X |
| 312-733-9312 | 2419 W. Monroe St., Chicago | 60612 | Nancy B. Jefferson Station (formerly Midwest Station) | Chicago | X | X | X |
| 847-965-9707 | 6977 W. Oakton Ave., Niles | 60714 | Niles Branch | Chicago | X | X | - |
| 847-965-9336 | 6977 W. Oakton Ave., Niles | 60714 | Niles Branch | Chicago | X | X | - |
| 773-588-9279 | 3401 W. Devon Ave., Chicago | 60645 | Northtown Station | Chicago | X | X | X |
| 773-463-9447 | 3401 W. Devon Ave., Chicago | 60645 | Northtown Station | Chicago | X | X | X |
| 773-774-9881 | 6300 N. Northwest Hwy., Chicago | 60631 | Norwood Park Station | Chicago | X | X | X |
| 773-774-9867 | 6300 N. Northwest Hwy., Chicago | 60631 | Norwood Park Station | Chicago | X | X | X |
| 773-778-9409 | 6559 S. Ashland Ave., Chicago | 60636 | Ogden Park Station | Chicago | X | X | X |
| 312-587-0905 | 227 E. Ontario St., Chicago | 60611 | Ontario Street Finance Station | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 312-337-9104 | 227 E. Ontario St., Chicago | 60611 | Ontario Street Finance Station | Chicago | X | X | X |
| 773-522-9680 | 2302 S. Pulaski Rd., Chicago | 60623 | Otis Grant Collins Station (formerly Hawthorne Station) | Chicago | X | X | X |
| 312-942-9472 | 1859 S. Ashland Ave., Chicago | 60608 | Pilsen Station | Chicago | X | X | - |
| 312-942-9009 | 1859 S. Ashland Ave., Chicago | 60608 | Pilsen Station | Chicago | X | X | - |
| 312-942-0220 | 1859 S. Ashland Ave., Chicago | 60608 | Pilsen Station | Chicago | X | X | X |
| 312-942-0161 | 1859 S. Ashland Ave., Chicago | 60608 | Pilsen Station | Chicago | X | X | X |
| 312-733-9325 | 1859 S. Ashland Ave., Chicago | 60608 | Pilsen Station | Chicago | X | X | X |
| 773-784-9761 | 2522 W. Lawrence Ave., Chicago | 60625 | Ravenswood Station | Chicago | X | X | X |
| 773-784-9295 | 2522 W. Lawrence Ave., Chicago | 60625 | Ravenswood Station | Chicago | X | X | X |
| 773-784-9225 | 2522 W. Lawrence Ave., Chicago | 60625 | Ravenswood Station | Chicago | X | X | X |
| 708-201-1734 | 661 W. 138th, Riverdale | 60827 | Riverdale Station | Chicago | X | - | - |
| 708-201-1728 | 661 W. 138th, Riverdale | 60827 | Riverdale Station | Chicago | X | - | - |
| 773-378-9662 | 5001 W. Division St., Chicago | 60651 | Robert LeFlore, Jr. Station (formerly Division Station) | Chicago | X | X | X |
| 773-261-9517 | 5001 W. Division St., Chicago | 60651 | Robert LeFlore, Jr. Station (formerly Division Station) | Chicago | X | X | X |
| 773-486-9095 | 2339 N. California Ave., Chicago | 60647 | Roberto Clemente Station (formerly Logan Square Station) | Chicago | X | X | X |
| 773-252-9684 | 2339 N. California Ave., Chicago | 60647 | Roberto Clemente Station (formerly Logan Square Station) | Chicago | X | X | X |
| 773-725-9799 | 6441 W. Irving Park Rd., Chicago | 60634 | Roger P. McAuliffe Station | Chicago | X | X | X |
| 773-286-9727 | 6441 W. Irving Park Rd., Chicago | 60634 | Roger P. McAuliffe Station | Chicago | X | X | X |
| 773-743-9231 | 1723 W. Devon Ave., Chicago | 60626 | Rogers Park Station | Chicago | X | X | - |
| 773-508-0724 | 1723 W. Devon Ave., Chicago | 60626 | Rogers Park Station | Chicago | X | X | X |
| 773-508-0462 | 1723 W. Devon Ave., Chicago | 60626 | Rogers Park Station | Chicago | X | X | X |
| 773-465-9726 | 1723 W. Devon Ave., Chicago | 60626 | Rogers Park Station | Chicago | X | X | X |
| 773-995-9865 | 11033 S. State St., Chicago | 60628 | Roseland Station | Chicago | X | X | X |
| 773-821-9438 | 11033 S. State St., Chicago | 60628 | Roseland Station | Chicago | X | X | X |
| 773-821-9070 | 11033 S. State St., Chicago | 60628 | Roseland Station | Chicago | X | X | X |
| 773-465-9409 | 7056 N. Clark St., Chicago | 60626 | Station F | Chicago | X | X | X |
| 773-588-9083 | 4749 N. Bernard Ave., Chicago | 60625 | Station Q | Chicago | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-346-8494 | 2011 W. Montrose Ave., Chicago | 60618 | Station T | Chicago | X | X | - |
| 773-847-9828 | 4101 S. Halsted St., Chicago | 60609 | Stockyard Station | Chicago | X | X | X |
| 773-843-1332 | 4101 S. Halsted St., Chicago | 60609 | Stockyard Station | Chicago | - | - | X |
| 312-326-9298 | 19 W. 16th St., Chicago | 60616 | Trailer Repair Shop | Chicago | X | X | X |
| 312-842-9462 | 2035 S. State St., Chicago | 60616 | Twenty-Second Street Station | Chicago | X | X | X |
| 312-842-9079 | 2035 S. State St., Chicago | 60616 | Twenty-Second Street Station | Chicago | X | X | X |
| 773-784-9682 | 4850 N. Broadway, Chicago | 60640 | Uptown Station | Chicago | X | X | X |
| 773-784-8815 | 4850 N. Broadway, Chicago | 60640 | Uptown Station | Chicago | X | X | X |
| 312-939-9262 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 312-431-9392 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 312-431-9134 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 312-431-8774 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 312-431-8743 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 312-431-8001 | 740 S. Canal St., Chicago | 60699 | Vehicle Maintenance Facility | Chicago | X | X | X |
| 773-778-5208 | 2301 W. 51st Pl., Chicago | 60609 | Western Avenue Fleet Operation | Chicago | X | X | X |
| 773-252-9814 | 1635 W. Division Street, Chicago | 60622 | Wicker Park Station | Chicago | X | X | X |
| 618-465-9860 | 727 Belle, Alton | 62002 | Alton Main Office | Gateway | X | - | - |
| 618-236-7034 | 120 W. Washington, Belleville | 62269 | Belleville Main Office | Gateway | X | - | - |
| 618-233-9236 | 120 W. Washington, Belleville | 62269 | Belleville Main Office | Gateway | X | - | - |
| 618-344-9810 | 130 S. Center, Collinsville | 62234 | Collinsville Main Office | Gateway | X | - | - |
| 618-397-9698 | 5701 Mount Pleasant Lane, Belleville | 62223 | Dutch Hollow Station | Gateway | X | - | - |
| 618-397-9697 | 5701 Mount Pleasant Lane, Belleville | 62223 | Dutch Hollow Station | Gateway | X | - | - |
| 618-874-9089 | 950 Missouri Ave., East St. Louis | 62201 | East St. Louis Station | Gateway | X | - | - |
| 618-874-9058 | 950 Missouri Ave., East St. Louis | 62201 | East St. Louis Station | Gateway | X | - | - |
| 618-659-0958 | 132 N. Kansas, Edwardsville | 62025 | Edwardsville Main Office | Gateway | X | - | - |
| 618-876-9574 | 2350 Madison Ave., Granite City | 62040 | Granite City Main Office | Gateway | X | - | - |
| 618-632-9790 | 1111 S. Lincoln Ave., O'Fallon | 62269 | O'Fallon Station | Gateway | X | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 618-548-9880 | 125 Delmar Ave., Salem | 62881 | Salem Main Office | Gateway | X | - | - |
| 309-787-9460 | 111 W. 3rd, Milan | 61264 | Milan Main Office | Hawkeye | X | - | - |
| 309-764-9393 | 514 17th, Moline | 61265 | Moline, IL P.O. | Hawkeye | X | - | - |
| 309-764-9218 | 514 17th, Moline | 61265 | Moline, IL P.O. | Hawkeye | X | - | - |
| 309-799-7441 | 7700 68th, Milan | 61264 | Quad Cities P&DF | Hawkeye | X | - | - |
| 309-799-7439 | 7700 68th, Milan | 61264 | Quad Cities P&DF | Hawkeye | X | - | - |
| 309-799-7431 | 7700 68th, Milan | 61264 | Quad Cities P&DF | Hawkeye | X | - | - |
| 309-799-7426 | 7700 68th, Milan | 61264 | Quad Cities P&DF | Hawkeye | X | - | - |
| 309-799-7418 | 7700 68th, Milan | 61264 | Quad Cities P&DF | Hawkeye | X | - | - |
| 309-786-9432 | 2633 11th, Rock Island | 61201 | Rock Island, IL P.O. | Hawkeye | X | - | - |
| 309-786-9101 | 2633 11th, Rock Island | 61201 | Rock Island, IL P.O. | Hawkeye | X | - | - |
| 847-957-0810 | 3333 Mt. Prospect Rd., Franklin Park | 60131 | O'Hare International Annex | None (reported to AMC Plant Manager) | X | - | - |
| 630-628-9761 | 175 S. Lincoln, Addison | 60101 | Addison Main Office | Northern | X | - | - |
| 847-381-9673 | 1515 S. Grove Ave., Barrington | 60010 | Barrington Main Office | Northern | X | - | - |
| 630-894-9898 | 108 W. Schick Rd., Bloomingdale | 60108 | Bloomingdale Main Office | Northern | X | - | - |
| 630-469-9702 | 528 Pennsylvania Ave., Glen Ellyn | 60137 | Glen Ellyn Downtown Station | Northern | X | - | - |
| 630-893-9809 | 1950 Bentley Ct., Glendale Heights | 60139 | Glendale Heights, IL P.O. | Northern | X | - | - |
| 630-752-9995 | 500 E. Fullerton Ave., Carol Stream | 60188 | Northern Illinois District Office/ Carol Stream P&DC | Northern | X | - | - |
| 630-752-9992 | 500 E. Fullerton Ave., Carol Stream | 60188 | Northern Illinois District Office/ Carol Stream P&DC | Northern | X | - | - |
| 630-752-9991 | 500 E. Fullerton Ave., Carol Stream | 60188 | Northern Illinois District Office/ Carol Stream P&DC | Northern | X | - | - |
| 630-752-9984 | 500 E. Fullerton Ave., Carol Stream | 60188 | Northern Illinois District Office/ Carol Stream P&DC | Northern | X | - | - |
| 630-752-9832 | 500 E. Fullerton Ave., Carol Stream | 60188 | Northern Illinois District Office/ Carol Stream P&DC | Northern | X | - | - |
| 630-653-9853 | 344 St. Paul Blvd., Carol Stream | 60188 | Training Academy | Northern | X | - | - |
| 630-766-9715 | 270 N. Wood Dale Rd., Wood Dale | 60191 | Wood Dale, IL P.O. | Northern | X | - | - |
| 815-722-9524 | 101 N. Joliet, Joliet | 60432 | ***Not a USPS Facility*** | (Central) | X | - | - |
| 773-465-9726 | 6230 N. Kedzie Ave., Chicago | 60659 | ***Not a USPS Facility*** | (Chicago) | X | X | X |

JX 17A.19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 773-284-8750 | 7400 S. Pulaski Rd., Chicago | 60629 | ***Not a USPS Facility*** | (Chicago) | X | X | X |
| 847-662-9523 | 1721 N. McAree Road, Waukegan | 60085 | ***Not a USPS Facility*** | (Northern) | X | - | - |
| 815-962-9130 | 1130 Arthur Ave., Rockford | 61101 | ***Not a USPS Facility*** | (Northern) | X | - | - |

# ATTACHMENT 2

TERMED ASHMAN
TRANSF

U.S. District Court
Northern District of Illinois (Chicago)

CIVIL DOCKET FOR CASE #: 02-CV-2151

Gemini Elec Inc, et al v. USPS
Filed: 03/25/02
Assigned to: Hon. Joan Humphrey Lefkow
Demand: $0,000
Lead Docket: None
Dkt# in other court: None
Nature of Suit: 410
Jurisdiction: Federal Question

Cause: 28:1331 Federal Question: Other Civil Rights

GEMINI ELECTRONICS, INC.
plaintiff

Jon Michelle Richardson
[COR LD NTC A]
100 Forest Place, #P5
Oak Park, IL 60301
(708) 343-3007

v.

UNITED STATES POSTAL SERVICE
defendant

AUSA
[NTC]
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ............
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 12-30-2002

Proceedings include all events.
1:02cv2151 Gemini Elec Inc, et al v. USPS

TERMED ASHMAN TRANSF

GEMINI ELECTRONICS, INC.

plaintiff

v.

UNITED STATES POSTAL SERVICE

defendant

Proceedings include all events. TERMED
1:02cv2151 Gemini Elec Inc, et al v. USPS ASHMAN
TRANSF

| | | |
|---|---|---|
| 3/25/02 | 1 | COMPLAINT (Attachments) - Civil cover sheet - Appearance(s) of Jon Michelle Richardson as attorney(s) for plaintiff (No summons(es) issued.) ( Documents: 1-1 through 1-3) (hp) [Entry date 03/26/02] |
| 3/25/02 | -- | RECEIPT regarding payment of filing fee paid; on 3/25/02 in the amount of $ 150.00, receipt # 10313879. (hp) [Entry date 03/26/02] |
| 3/28/02 | 2 | MINUTE ORDER of 3/28/02 by Hon. Joan Humphrey Lefkow : Status hearing and scheduling conference is set for 5/28/02 at 9:30 a.m. (Entered Order Scheduling Conference). Mailed notices by judge's staff (ip) [Entry date 03/29/02] |
| 5/28/02 | -- | SCHEDULE set on 5/28/02 by Hon. Joan Humphrey Lefkow : Status hearing held and continued to 9:30 7/16/02 for scheduling conference . In court notice (md) [Entry date 05/28/02] |
| 7/9/02 | -- | SUMMONS issued as to defendant (ip) [Entry date 07/10/02] |
| 7/16/02 | -- | SCHEDULE set on 7/16/02 by Hon. Joan Humphrey Lefkow : Status hearing reset to 9:30 7/30/02. No one appeared at the status hearing on 7/16/02 . Mailed notice (md) [Entry date 07/16/02] |
| 7/30/02 | 3 | MINUTE ORDER of 7/30/02 by Hon. Joan Humphrey Lefkow: Plaintiff is directed by 8/1/02, to show cause why this case should not be dismissed for failure to make timely service. (See reverse of minute order.) Mailed notices by judge's staff (ip) [Entry date 07/31/02] [Edit date 07/31/02] |
| 8/1/02 | 4 | RETURN OF SERVICE executed as to defendant USPS on 7/16/02; executed as to US Attorney's Office on 7/9/02 (4-1 through 4-2) (ip) [Entry date 08/02/02] |
| 8/1/02 | 5 | STATEMENT by plaintiff as to why cause of action should not be dismissed for failure to timely serve the defendant (Attachments); Notice (ip) [Entry date 08/02/02] |
| 8/2/02 | 6 | MINUTE ORDER of 8/2/02 by Hon. Joan Humphrey Lefkow: It is hereby ordered that the time to serve the defendant is hereby retroactively extended to 7/16/02. The defendant is directed to answer or otherwise plead according to F.R.Civ.P. 12(a)(3)(A). Mailed notice (ip) [Entry date 08/05/02] |
| 9/3/02 | -- | SCHEDULE set on 9/3/02 by Hon. Joan Humphrey Lefkow : Status hearing set to 9:30 10/3/02 . Mailed notice (md) [Entry date 09/03/02] |
| 9/3/02 | 7 | MOTION by defendant to enlarge time to answer or otherwise plead to plaintiff's complaint ; Notice (ip) |

| | | |
|---|---|---|
| | | [Entry date 09/17/02] |
| 9/9/02 | 8 | MINUTE ORDER of 9/9/02 by Hon. Joan Humphrey Lefkow: Defendant's motion to enlarge time to answer or otherwise plead to plaintiff's complaint [7-1] is granted to 10/8/02. Status hearing of 10/3/02 is stricken and reset to 10/22/02 at 9:30 a.m. Mailed notice (ip) [Entry date 09/17/02] |
| 9/30/02 | 9 | MOTION by defendant for transfer to cure want of jurisdiction ; Notice (ip) [Entry date 10/07/02] |
| 10/3/02 | 10 | MINUTE ORDER of 10/3/02 by Hon. Joan Humphrey Lefkow: Defendant's motion for transfer to cure want of jurisdiction [9-1] is granted. Pursuant to 28 U.S.C. Section 1491, this case is hereby transferred to the United States Court of Federal Claims. Status hearing of 10/22/02 is stricken. terminating case, , Case transferred to Dist of: United States Court of Federal Claims Mailed notice (ip) [Entry date 10/07/02] |
| 12/30/02 | -- | CERTIFIED AND TRANSMITTED the complete record to the United States Court of Federal Claims consisting of 1 volumes of pleadings, docket entries and transmittal letter via certified mail no. 7001 1940 0001 5022 3032 : Mailed copy of transmittal letter to counsel of record. (ip) [Entry date 12/30/02] [Edit date 12/30/02] |