# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **GEMINI ELECTRONICS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-166C** |
| | **Filed: October 21, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' October 14, 2004 joint motion for leave to file a paper copy of the United States Postal Service map. Due to the size of the map, it cannot be filed electronically. Therefore, the court **GRANTS** the parties' motion and **ORDERS** the parties to file the map with the Clerk's Office by regular means. When filing the map, the parties shall reference this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**