**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | Honorable Judge Marian Blank Horn |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CORRECT OR AMEND BRIEF FILED ON NOVEMBER 17, 2004**

Now comes Plaintiff by and through his counsel Lewis Myers, Jr., and files this Motion to Correct the Brief filed on November 17, 2004. In support to the motion, counsel states as follows:

1. Attorney Lewis Myers, Jr. is counsel for Plaintiff, Lewis Myers, Jr.
2. On November 17, 2004, counsel filed a Post-Trial Brief in this action.
3. At the time of the filing of the brief, there were some non-substantive errors in the document. More specifically, on Page 2 of the Table of Contents and on Page 3, there were errors in the numbering or numbers were inadvertently omitted.
4. Moreover, this motion is to correct non-substantive errors. The corrected Brief will not, and does not, affect any if the issues that were presented in the November 17, 2004 Brief electronically filed before this Court.

WHEREFORE, counsel for the Plaintiff respectfully requests that this Court enter an order allowing the filing of a corrected or amended Brief as designated herein.

/s Lewis Myers, Jr.

Lewis Myers, Jr., #52182
Attorney at Law
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004 Telephone
(312) 236-8804 Facsimile