# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**GEMINI ELECTRONICS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-166C**
**Filed: December 17, 2004**

## O R D E R

At the trial held in this case, the court instructed the defendant to provide the court with a complete version of the United States Postal Service's Purchasing Manual, effective at the time the contract in this case was signed. Tr. 232:10-16. To date, no manual has been provided. Therefore, the court **ORDERS** the defendant to provide the court with a complete copy of the relevant Purchasing Manual on or before **Wednesday, December 22, 2004**.

The court also **ORDERS** the parties to provide short briefs on whether and how the Purchasing Manual affects the contract under review. Both parties shall comment on the reasoning employed by the court in AT & T Corporation v. United States Postal Service, 57 F. Supp.2d 518, 521 (N.D. Ill. 1997), which addresses the Procurement Manual's application to commission based contracts, and any other relevant case law. The defendant shall file its brief on or before **Monday, January 10, 2005**. The plaintiff shall file its brief on or before **Monday, January 31, 2005**. The briefings shall be concise.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**