ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 4 2005
U.S. COURT OF FEDERAL CLAIMS
By leave of the Judge

| | | |
|---|---|---|
| GEMINI ELECTRONICS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | 04-166C (Judge Horn) |

## NOTICE OF FILING

Pursuant to the Court's order of December 17, 2004, defendant, the United States, hereby files a complete copy of the United States Postal Service's Purchasing Manual, Issue I, dated January 31, 1997 (attached to this filing).[1] At the Court's request, this notice of filing, along with a copy of the Purchasing Manual, is being filed in hard copy in lieu of an electronic filing – previous attempts to file the manual electronically were rejected based upon launching applications within the document. The January 31, 19997 version of the Purchasing Manual was the version in effect at the time the public telecommunications service agreement between Gemini Electronics, Inc. and the United States Postal Service was executed in October 1999. The Purchasing Manual includes changes made after October 1999 – those changes can be identified by checking the Update Notice at the first three to nine unnumbered pages of the manual. The changes are also indicated by vertical black bars found to the left of the applicable text throughout the manual. The Purchasing Manual can also be accessed via the following website: http://www.usps.com/cpim/ftp/manuals/pm/pmtc.pdf.

[1] Although the Government is producing the Purchasing Manual pursuant to the Court's order, the Government maintains, as it did at trial, that the Purchasing Manual is not relevant to the issues to be decided by the Court in this case. Our position regarding the relevance of the Purchasing Manual will also be addressed further in our supplemental brief due January 10, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

OF COUNSEL:

CHRISTOPHER J. BURTON
Commercial and Appellate Litigation
U.S. Postal Service
475 L'Enfant Plaza, S.W., Room 6323
Washington, D.C. 20260-1127

CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov

December 22, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 22 day of December, 2004, I caused to be served via Federal Express a copy of the "NOTICE OF FILING (and attached copy of the Purchasing Manual)" addressed as follows:

Lewis Myers, Jr.
25 E. Washington Street, Suite 1225
Chicago, IL 60602
Tele: (312) 236-8004

[signature]