**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Case No. 04-166C |
| | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

To: Carolyn Craig
Trial Attorney
Commercial Litigation Branch
Civil Division
US Department of Justice
1000 L Street, NW
Room 7025
Washington, DC 20005

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney is filing this Notice of Appeal in the above captioned case on behalf of Gemini Electronics, Inc.

s/Lewis Myers, Jr.

s/Oscar Desper

Lewis Myers, Jr.
Attorney for Plaintiff
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004
(312) 236-8804

Oscar Desper
Harrell, Desper, Connell & Roesch
1325 4th Avenue
Suite 600
Seattle, WA 98101
(206) 583-0050
(206) 583-0051