# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **GEMINI ELECTRONICS, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 04-166C** |
| | * **Filed: May 10, 2005** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

On May 5, 2005, the plaintiff in the above-captioned case filed a notice of appeal in electronic form. Although this has been designated an electronic case, in accordance with the court's procedures, specifically paragraph twenty-three of this court's General Order No. 42A, Interim Procedures for Electronic Case Filing, "[a] notice of appeal to the United States Court of Appeals for the Federal Circuit shall be filed, and fees paid, in the traditional manner in accordance with the RCFC, rather than electronically." For the foregoing reasons, the court **ORDERS** the clerk of the court to **STRIKE** from the docket the plaintiff's electronically filed notice of appeal. The court also **ORDERS** the plaintiff, if it so wishes, to file its appeal in the traditional manner and to pay all fees in accordance with RCFC 58.1. Because the time within which the plaintiff may file its appeal continues to run, the court contacted the plaintiff's attorney on May 10, 2005, and left a message with his assistant regarding the requirement to file an appeal in the traditional manner.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**