**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Gemini Electronics, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-166C |
| | ) | Honorable Judge Marion B. Horn |
| v | ) | |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Gemini Electronics, Inc., Plaintiff in the above named case, hereby files this Notice of Appeal in the United States Court of Appeals for the United States Federal Court of Claims for the Final Judgment entered in this action on April 18, 2005.

Lewis Myers, Jr.

Lewis Myers, Jr.
Attorney for Plaintiff
25 E. Washington Street
Suite 1225
Chicago, IL 60602
(312) 236-8004
(312) 236-8804

CERTIFICATE OF SERVICE

I, Lewis Myers, Jr. hereby certify that a true and correct copy of the foregoing document was this day served on the individuals named below by electronic and first class mail , postage prepaid to:

Carolyn J. Craig
Trial Attorney
US Department of Justice
1100 L Street, NW
Room 1025
Washington, DC 20005

David B. Stinson
Attorney
Commercial Litigation Branch
Civil Division
US Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Lewis Myers, Jr.
Counsel for Gemini Electronics