CFC

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 11 2006
JAN HORBALY
CLERK

05-5136

GEMINI ELECTRONICS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: JUL 10 2006

## JUDGMENT

ON APPEAL from the United States Court of Federal Claims

In CASE NO(S). 04-CV-166

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: AFFIRMED. See Fed. Cir. R. 36

Per Curiam (NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge).

ENTERED BY ORDER OF THE COURT

DATED: MAY 11 2006

Jan Horbaly, Clerk

Issued as Mandate: JUL 10 2006

COSTS:

Printing ........ $352.32

Total........ $352.32

RECEIVED
MAY 1 6 2006
United States Court of Appeals
For The Federal Circuit

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 05-5136 Caption: Gemini Electronics, Inc v. United States

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY 1 6 2006
JAN HORBALY
CLERK

Clerk is requested to tax the following costs against: Gemini Electronics, Inc., PLAINTIFF-APPELLANT

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | | | 6.00 | | |
| Table or Compilation of Designated Materials (copying and collating) | | | | 0.08 | | |
| Brief (original) | xxxxx | 44 | 6.00 | 6.00 | 264.00 | 264.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | 16 | 44 | 0.08 | 0.08 | 56.32 | 56.32 |
| Appendix (original-table of contents) | xxxxx | | | 6.00 | | |
| Appendix (covers and binding) | | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | | | | 352.32 | 352.32 |

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: Jul 10 2006

City/County of Washington ) District/State of Columbia ) SS

I, David B. Stinson swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.

Signature: [signature] Date: 5/16/06 Attorney for: Defendant-Appellee

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 16 day of May 2006, I caused to be delivered via first class mail (postage pre-paid) copies of "BILL OF COSTS" addressed to:

Lewis Myers, Jr.
25 E. Washington Street
Suite 1225
Chicago, IL 60602

[signature]